ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 02 2022 ★
BROOKLYN OFFICE

Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT OF THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIO CELLI,<br>Petitioner,<br>vs.<br>JUDGE ENGELMAYER,[1] JUDGE SWAIN,[2] JUDGE LIVINGSTON,[3] YANA SEGAL,[4] CATHERINE O'HAGAN-WOLFE,[5] PATRICK FIN,[6] AG GARLAN[7], AUSA PEACE[8], ANTHONY,[9] AUSA KARAMIGOUS,[10] AUSA BENSING,[11] OFFICER LOMBARDO, MS. WEINRAUCH, MS. KELLAMAN, MR. PEREZ AND MR. SILVERMAN | Case No.: CV 22-4646<br>JURY<br>KOMITEE, J.<br>BLOOM, M.J. |

1. I bring this action as injunction for probation, Ms. Kellman, Mr.Silverman and Mr. Silverman for depriving me access to the court, which is illegal under 18 USC 18 USC § 241 because, according to Judge Engelmayer, "it was planned this way" and Ms. Kellman said, "the judge told me to make sure you are placed in a mental institution with the Judge Engelmayer saying, "I called Ms. Kellman especially for you."

---

[1] Judicial Immunity from Oct. 16, 2020 to April 5, 2021, but Judge Engelmayer lost judicial immunity/capacity when he practiced law on April 6, 2020—but whomever is assign will decide ultimately
[2] Judicial Immunity
[3] Judicial Immunity
[4] As a clerk, she is entitled to Judicial Immunity
[5] As a clerk, she is entitled to Judicial Immunity
[6] As a clerk, he is entitled to Judicial Immunity
[7] Prosecutorial Immunity
[8] Prosecutorial Immunity
[9] Judge Engelmayer's clerk, which I do not know his last name, but he is entitled to judicial immunity
[10] Prosecutorial Immunity
[11] Prosecutorial Immunity

2. Judge Engelmayer said, "you will never receive justice here" on April 6, 2021
3. Judge Engelmayer planned it with the helped of Ms. Kellman
4. My brother has emailed Ms. Kellman that over 90 AUSAs know of her misconduct and once they hear what she did on May 4, 2022, they will know that she obstructed justice by not calling Mr. Silverman and 90 AUSAs who have the audios of Judge Engelmayer bullying me or Mr. Silverman saying that he did not do his job because of Randi Weingarten
5. Ms. Kellman informed the judge that she was prepared for May 4, 2022, but the audios prove that Ms. Kellman told me that she was not reading anything beyond the special condition.
6. Ms. Kellman knew that AUSA Karamigious suborned perjury
7. Ms. Kellman knew that Officer Lombardo committed perjury and wrote a false report
8. Ms. Kellman has not answered me in a month and half about any issue
9. I told Ms. Kellman to inform the judge, but he knows it because it planned it, that perjury was committed to obtain the decision with a false report—which was told her prior March 22, 2022, and she did nothing
10. I told Ms. Kellman to inform the judge that I do not trust her and see the reasons below
11. I provided Mr. Silverman with documents to maintain my claim that Ms. Kellman did not do anything and over 90 AUSAs knows of her misconduct
12. I told probation to get me a date with the judge and they impeded me from the court.
13. Judge Engelmayer said, "I told him (Lombardo) not to write what Mr. Silverman did because I am protecting him,' which is obstruction of justice because Mr. Amundson and others at the DOJ have Mr. Silverman saying he won't file my criminal complaints
14. Mr. Lombardo was to tell his supervisors and his supervisors were to tell Judge Livingston
15. Officer Weinrauch knew that Officer Lombardo lied about me wanting Lombardo to investigate Judge Engelmayer ...I said to forward the audio of in person court audio to Chief Livingston
16. Prior to May 4, 2022, I sent all some of the audio that are on my computer that probation has,; therefore, 90 AUSAs know that probation committed a crime under 18 USC § 1804
17. The audios sent were from the "Ms. Kellman" file, but there is another file called Federal recordings that probation should have sent to Judge Livingston
18. Many of the DOJ personnel said that my rights were being taken for Randi Weingarten and that she someone fixing cases against you
19. Sen. Schumer has repeatedly said, "Randi is like a sister to me"

20. Betsy Combier played me an audio recording of Randi Weingarten paying Judge Marrero (Schumer) received $10,000 dollars to hide Randi Weingarten's misconduct in c Case No. 1:08-cv-00548-VM-AJP and caption was called Teacher4action v. Bloomberg et al, therefore the assumption that this judge received the same payment to help hide Randi Weingarten's conduct because EVERYONE, EVERYONE outside the 2d. Cir. knew Randi Weingarten and Judge Cogan committed crimes and that the AUSAs of EDNY were helping .

21. Except for Judge Cooper, all judges that I have had were recommended by Sen. Schumer
    a. Judge Engelmayer lied about his association and called me stupid and crazy
    b. Judge Donnelly lied at first, but once I reminded her of thier duagthers going to school together, then her memory came back
    c. Judge Swain, she ignored the question
    d. Judge Seibel and Judge Matsumoto, they ignored the fact that Sen. Schumer was listed and Judge Matsumoto was told about recusal
    e. Judge Brodie, Judge Livingston, etc, they did not state their asscocation

22. Many DOJ that AUSAs of EDNY and judges were helping Randi Weingarten and I had to figure out who it was because they are going out of their way to protect her and retaliate against me for her …Sen. Schumer is the person that I say it is.

23. I never had to pay anyone for their opinion or get a senator to help me, like Randi Weingarten and EVERYONE knows that the system is helping her,which is the reason they are hiding details, which I have pointed out below because my lawyer, AUSA Karamigious hid the facts how they helped Randi Weingarten

24. The motions sent to Mr. Silverman, Mr. Perez and Ms. Kellman, they were sent to Ms. Kopplin of the Senate Ethics Committee and Mr. Amundson

25. Mr. Perez and Ms. Kellman have not answered me and are depriving me access to the court

26. Mr. Silverman answered but he is claiming that so many were sent to him that he does not know…only 3 there sent to him, which was audio recorded.

27. The motions to deal with new counsel because I do not trust Ms. Kellman, stay of the order of evaluation because of the misconduct of the government and my lawyer (unfair hearing based on perjury and false report), and one that I do not remember.

28. Judge Swain knows that Judge Engelmayer uses Ms. Kellman to deprive people of liberty, as I found a few cases that kind of like mine, but the complaints are not detailed on how they deprived them of liberty, but I understood them to be claiming deprivation of liberty without due process of the law
29. Clerk Segal and Clerk Fin each know that I have audios to prove my allegation of intimidation and that Judge Engelmayer edited him saying, "I'll tell you your intent."
30. Clerk Wolfe has not answered me in 3 year about missing documents, like the Judge Cogan's misconduct that I do have over 80 DOJ (like AUSA Gold) saying Judge Cogan committed a crime against me with borderline IG students who know that Judge Cogan used his office for the UFT.
31. Now, Judge Engelmayer said, "it was planned this way." **THEREFORE**, are knowingly covering up Judge Engelmayer's conduct
32. The clerks know that Mr. Perez did not write a brief for me and that a crime is being covered up .
33. Anthony, Judge Engelmayer's clerk, knows that the judge intimidated me, allowed Mr. Silverman to commit crimes against me, per AUSA Shaw, and deprive me a fair trial
    a. Anthony was to notify Chief Judge Livingston and I have DOJ personnel also said they that is what he needed to do

| Supposed violation | The truth with audios sent to every single AUSA in the country—the statements below should appear on the transcripts, if Judge Engelmayer did not edit them, since he has that dirty habit |
| --- | --- |
| I informed Judge Engelmayer that I would place a rule 60, under Full and Fair Credit Clause before Judge Cogan<br>A. Judge Cogan wrote the briefs that the arbitrator quoted | A. I told Judge Engelmayer on Dec. 1. 2021 with Full and Fair Credit Clause with facts of Judge Cogan's knowledge" |

| | |
|---|---|
| B. Judge Cogan negotiated the CBA for the UFT, while at Strook for over20 years<br>C. Both Judge Engelmayer and AUSA Karamigious said I had no business on a close docket | B. The judge approved that I could file under terms explained<br>C. Mr. Silverman viewed for threats, and he said they had none<br>D. The top Court of NYC state that arbitration are enforceable |
| I informed Judge Engelmayer that I would place a rule 60, under Full and Fair Credit Clause before Judge Matsumoto<br>A. Both Judge Engelmayer and AUSA Karamigious said I had no business on a close docket<br>B. And the judge wrote that she would not accept any more filings in this case | A. I told Judge Engelmayer on Dec. 1. 2021 with Full and Fair Credit Clause because the court below the top Court of NYC said verbal contract written in an email are enforceable<br>B. I informed the judge that the judge would have to guess how the top court would rule<br>C. I explained that, which Judge Engelmayer and the AUSAs know too, that Betsy misuses her 503(b) nonprofit foundation for the for profit paralegal business, which the evidence is on Judge Engelmayer's docket and Judge Matsumot's docket |

| | |
|---|---|
| | D. I told both judges that the collection of taxes is not a judicial act or a prosecutorial act, but a ministerial act that provides no discretion |
| I told Mr. Silverman did not file my criminal complaints<br>A. Judge Engelmayer said, I don't care<br>B. I told Mr. Lombardo not to write what Mr. Silverman did, as means to protect him | Audio sent to Ms. Kopplin of the Senate Ethics Committee, Mr. Lombardo and is supervisors, and Mr. Amundson |

1. March 8, 2022, Judge Engelmayer informed me that he called Ms. Kellman, Esq. and told her why he needed her for this case—remember audio sent to everyone
2. On or around March 15, 2022, Ms. Kellman told me and Ms. Nephew what the judge wanted her to do, which was make sure that I get placed in a mental institution—this was NEVER said by Judge Engelmayer in front of me because I have it audio recorded and all AUSAs have the same audio. **THERFORE,** this instruction came from Judge Engelmayer well they spoke on the phone prior March 8, 2022—I was not told the date they spoke
3. I informed Mr. Lombardo with his supervisors, Ms. Kopplin, Mr. Amundson about the transcripts because Judge Engelmayer explained them. See Exhibit B
4. On May 4, 2022, Judge Engelmayer said, "everything was planned this way," which he made him appear happy

5. On May 4, 2022, Ms. Kellman, in front of Mr. Silverman, said, "I committed misconduct, I can't do anything about it because the judge knows too because, as you see, he knew that the AUSA and officer committed misconduct, as he said "it was planned this way.
6. I asked Judge Engelmayer about Mr. Silverman's statement of not doing his job for Randi Weingarten and Officer Lombardo, I told him not to write about Mr. Silverman and you should understand by now, I have been protecting him too

| Violation Hearing | |
|---|---|
| On May 17, 2022, my brother emailed the following: (their lack of action is what Judge Engelmayer said was part of the plan)<br><br>Lastly...are you going to tell the judge that the AUSAs and Ms. Kopplin have the audio recording of you telling me that you did not read the email that contained everything that you needed to review and obtain for the violation hearing? Or you telling me that the judge told you not to do anything—as he NEVER said this in front of me and ...I know you are not going to tell the judge this, for sure, but you are required to tell the judge because the fact is, they have the audios of you and I speaking and your misconduct caused my situation— | |

as you allowed the government to use a false report, perjury, use the transcript/audio of July 20th and did not witness to support that I did submit the filings in the manner in which Judge Engelmayer explained on July 20, 2022

On June 2, 2022, I wrote to Ms. Kellman and Mr. Lombardo (their lack of action is what Judge Engelmayer said was his plan)

**(everyone is responsible, but Ms. Kellman is especially responsible for making this happen)** I have asked to appear in court to present my audios sent to AUSAs to create a record of Ms. Kellman's misconduct—which the root of my distrust, according to AUSA Shaw—withholding information that maintained my liberty is a crime, which is what she said about MR. Silverman, the fact that Officer Lombardo with his Supervisor Ms. Weinrauch wrote a false report—which is a denial of due process and Ms. Kellman knows this with her 40approved years of experience.

**Please Take Notice**, it appears that this is not the first time that the judge and Ms. Kellman pulled this move. Where did not NOTHING, does answer the defendant, and does what judge told her what to do.—Ms. Kellman remembers the name because she was sued but it was dismissed

**Please Take Notice**, these were all sent to AUSAs

1.Judge Engelmayer said, "I called Ms. Kellman myself to represent you." On March 8, 20022

2.Ms. Kellman said, "the judge told me only do what I had to do to make sure that you are placed in a mental institution for mental health" I have to check the date but it occurred between March 8, and March 22 and Ms. Nephew was on the call

3.May 4, 2022 Ms. Kellman said, in front of Mr. Silverman, I committed misconduct and I judge knows it and there's nothing I can do it. (not sent to anyone)

**To Mr. Silverman**, it's been over two weeks—did you clear the document for threats or file a complaint against Ms. Kellman because she KNOWINGLY screwed me over, lied to the judge, and for being a NASTY human. I need you to write to the judge and tell him that I

do not trust Ms. Kellman, for cause, because she was not prepared and intentionally screwed me over because, according to her, the judge told her to do nothing but placed in a mental institution

**To Mr. Lombardo**,did you approve me using the internet on June 13 because that is what I was told today by my NYSUT attorney, which I forgot to ask you today? Or tell the judge of Ms. Kellman not putting in that I do not trust her, I prefer a crackhead than her…I can forgive a crackhead for lying and screwing me over intentionally

**To Ms. Weinrauch, please inform the judge that I do not trust Ms. Kellman and the fact 94 plus AUSAs knows of your misconduct, that you approved a false report, aided Mr. Silverman by not reporting what he did, as it was sent to you, MS. Kopplin, and Mr. Amundson or the miscount of Ms. Kellman…the AUSAs have the knowledge which I provided you case law**

**To Mr. Perez, you have not answered question to appeal the decision, which I can and provide them with audios sent to AUSAs because there is an audio that contains proof that of what the judge did to edit because it relates to 28 USC § 454**

**Below is the letter sent over a week ago and issues that Ms. Kellman does not address because she is KNOWINGLY commiting a crime.**

I have asked you to file a items to protect me

I told you that I do not trust you and I requested a hearing so that I can present that you were prepared on any date and you treated me like shit, as 94 AUSAs have this evident with the lies that you told me;

94 AUSAs know of your misconduct and that of the government.

I do not trust you 94, a crackhead can be trusted

Mr. Lombardo and Ms. Winrauch..I need you set up a meeting with the judge, so that I could call 94 AUSAs because they know of Ms. Kellman's criminal conduct and dthe government committed perjury, 94 AUSAs KNOW that Judge Engelmayer allowed it …please see the case law below because it is not what Mr. Silverman wrote but what the

judge told me on July 20, 2021—which is what I referenced numerous times

There are filings like mandamus to correct the fact that the judge lallowed perjury, he there is an appearance of collusion between the Ms. Kellma and the judge and allowed Kellman to commit a crime and not be prepared for May 4—which I have audios

I appreciate the response towards my inquiry on medication. If the issue is me bringing the medication to the FMC, then I am ok with it. However, I brought my, medication on the day that I was arrested, on Nov 14, 2018, and I did not receive my medication for 5 days because MDC Brooklyn had to figure out what medication I required, so I have a little anxiety over this issue. They sent my medication home with my clothes and shoes, following my illegal detention and this was when I arrived at MDC Brooklyn, as the US Marshals gave me my medication while I waited for arraignment, at EDNY courthouse.

What about the issues below, as I would like them to be included in the letter to the judge this Friday—are you going to include them?

I only had a detention hearing probable cause hearing, please

I cannot go further with you b you intentionally excluded evi that there is a breakdown in c communication and ignore my ri

Because there are documents th the 60 days are over and I kno

You have done enough damage to

I cannot find the Supreme Cour you and all AUSAs that you are Engelmayer explained the speci 2021. The way Mr. Silverman w government presented, but you

On remand, the district court judgment conforms with its ora States v. Bates, 213 F.3d 1336 sentence pronounced orally and the written order of judgment,

United States v. Perkins, 935 (explaining a condition may be factors)

As I said perjury and subornat government

Please motion the judge to have all my sessions with the psychiatrist/psychologist be videoed, as means to have an independent psychiatrist/psychologist to review their findings—if necessary.

I know I saw this either in a statute or case law from the Supreme Court or both

Independent Evaluation for sentencing before or after Bunter or whatever FMC that I am sent too

18 USC § 3006

**(e) Services Other Than Counsel.—**

**(1) Upon Request.—**

Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court, or the United States magistrate judge if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain the services.

I do not know if the judge will allow this or if the government will object, but please motion the judge if I could surrender myself directly to Bunter vs the US Marshal and return from Bunter in the same manner—it is either yes or no.

a. This would mean I would provide my own transportation

b. I assume that I would have to go by Amtrak and then a bus due to ankle bracelet.

c. I would provide the court with receipt of ticket for Amtrak and bus ticket prior to leaving, if approved

```
In the order, the judge wrote quickest way to transport me to
an FMC institution, so I do not see the problem because I will
surrender myself to any FMC that is told me to go for 60 days.

Plus, I get 3 points reduction if I show at the BOP on my own
accord—this is only for the BOP and nothing else

In Mosely, 277 F. Supp. 3d at 1300, the defendant opposed
being transported and committed to the BOP facility for the
mental-health evaluation…put in both but I only oppose the
transportation
```

Count 1

1. Those with judicial immunity and prosecutorial immunity provide me equal protection of laws, place a stay on the evaluation, stay on going to FMC Kentucky, and provide me with a new hearing with a new judge, so that I provide audios and witnesses to support that I did not violate anything and Judge Engelmayer planned, as he stated
2. To provide me with a fair trial and hearings
3. For the AUSAs of EDNY to stop conspiring with Judge Engelmayer, Judge Cogan and Randi Weingarten to deprive me rights, which I do have AUSAs saying this
4. For senior leadership of the AUSAs of EDNY, they need to deal with AUSA Karamigous and AUSA Bensing making misrepresentation to the court (see docket) and presenting false report from law enforcement, as 90 AUSAs around this country have the audios to know Officer Lombardo wrote a false report
5. Judge Livingston to deal with all my CJA lawyer and Federal Defender, but Ms. Kellman and Mr. Silverman should not be allowed practice anywhere in

the 2d. Cir. because AUSA Shaw said that he committed crimes against me and Ms. Kellman committed the same crime by not presenting evidence AND she admitted that she the only thing that she was going to do for me was place me in a mental institution because Judge Engelmayer said so and Judge Engelmayer said, "it was planned this way."

6. Judge Livingston to deal with the misconduct of probation, as it is also criminal conduct to deny be a fair hearing, deprive access to the court and not report a crime
7. Judge Livingston to deal with the misconduct of the clerks for not docketing my papers and helping judges. Clerk Young, I was told committed a crime by AUSA Gold and she also said that Clerk Wolfe taking time to answer about the missing document means she was one who did not document them.
8. In both petitions that Judge Swain dismissed, the petitioners each claimed that Ms. Kellman did not communicate with them, did not anything for them or do any filings for them
   a. **Please Take Notice**, there have been lawyers who have been discipline for this conduct, but in each opinion, Judge Swain allowed Ms. Kellman to get away with it
   b. **Please Take FURTHER Notice,** in the 2nd Dept, there have been lawyers for this
   c. **What is the most interesting,** both cases were Ms. Kellman and Judge Engelmayer—and Judge Engelmayer said, he called Ms. Kellman especially for him.

Count 2

9. 42 USC § 1983 claim against Judge Engelmayer, Mr. Perez, Ms. Kellman, Mr. Silverman, Officer Lombardo, AUSA Karamigious, as they conspired to

deprive me access to the court to state my claims of everything that is stated above.

10. The court will decide if Judge Engelmayer lost judicial immunity on April 6, 2021, when he practiced law under 28 USC § 454 because he told me what my intent will be and then had it edited out of the transcript, which Mr. Perez
11. AUSA Karamigious and Bensing have prosecutorial immunity
12. Over 90 AUSAs have the audios to prove this count

Dated this 9st of June, 2022

______________________________

Lucio Celli, Defendant