Dear Mahoney & AUSA Amundson

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2022 ★
BROOKLYN OFFICE

I write this letter to inform you both I cannot meet the deadline in Celli v BOP b/c I need to get the information and I need another Prisoner Authorization for 22-cv 5385

I only had 4 days

Thank for actually sending documents for 22cv-5385 b/c SDNY didn't

Thanks

Luci cer

Please pay attention to what document needs to be placed on which docket

22-CV-5385
19-cr 127
22-CV-04646
most belong to this one

Please, if possible send a docket sheet for 22-cv-04646 as I want to make sure my documents are labeled right and all appear

Luigi Celli
FMC Lexington
91241-053
P.O. Box 14500
Lexington, KY 40512

Clerk's office/Pro se

**CERTIFIED MAIL**
7022 0410 0002 3373 4332

⇔91241-053⇔
Edny Edny
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

LEXINGTON P&DC 405
TUE 20 SEP 2022 PM