TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A
--------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Perez, Daniel; Silverman, Bem
SUBJECT: Letter to Trowel/Peace/Amundsen/congress
DATE: 08/13/2022 07:50:57 PM

*[Handwritten annotations at top: "EDNY Cellu, Engelmayer 22-cv-04646", "SEP 23 2022 PRO SE OFFICE", "Dear Judge Bloom and Judge Komittee"]*

Dear AZUSA Trowel, AZUSA Peace, Congress, Officer Lombardo, and AZUSA Peace:

I am writing you because there are issues in my criminal conviction, appeal, and illegal violation/detention. Essentially, my lawyers do not answer me (Silverman does via corral inks and Perez via mail, but they never truly address my concerns or doing with Bellman, at times, answering my brother with empty statements) or do any work.

1) There were documents that were supposed to be submitted to court and under seal prior to July 20, 2021 by Silverman which were never submitted

Please Take Notice, they were verbally mentioned by the court and Silverman
Please Take FURTHER Notice, these documents were sent to congress and central DOJ
Please Take EVEN Further Notice, Silverman couched the missing documents from the record as "sealed documents on the private court docket that only lawyers, the court, and prosecutors can access."

The action by Silverman was to affect the outcome in district court, as it denied them an opportunity to decide on my motion and affect the record so that the court of appeals would not have knowledge. Now, I do have AZUSA Shaw and others saying it was a crime to hide a mandamus and rehearing bail motion because Silverman hid the US Marshals, as my other lawyers did the same.

Irrespective of whether the conduct of Silverman is criminal/misconduct or not; the issue is my motions were not docketed with it is a deprivation of my rights to perverse appealable claims (like structural error for choice of lawyer) and this is extrinsic fraud upon the court because Silverman told me that he did not do his job because of Randi Weingarten and Judge Cogan (I cited the leading Court case in this realm in a document in the 2d. Cir)

Silverman affected the course of district court proceeding and now that of the 2d Cir. because no court can rule on my structural error claims until I am able to submit documents and audios (which Lombardo has of Silverman telling where he placed my missing documents)

Please Take Notice, I have informed my lawyers and Officer Lombardo to apprise the district court and court of appeals because the aforementioned people have the obligation to inform the court and I quoted the leading case in many documents for fraud upon the court
Please Take FURTHER Notice, Kellman and Perez with the case manager for 21-1760 acknowledged that the court does not maintain a private docket BECAUSE I told each of them that this would deny me and the public the right to access court's documents under the 1st Amendment, as the we have the right to know what is under seal but not its contents
Please Take EVEN Further Notice, Perez, in a letter sent to me at FMC Lexington, that these documents with claims and claims in the messages (which I request DOJ to access, as I told Dr. W to do the same) are not supported by record...Perez MUST be on drugs or it totally blind, as the documents are not docketed but are referenced on 4 different court dates with Perez telling that his ONLY job is to read the record and make argument based on the record.

The second issue is illegal violation report and illegal detention, as my lawyers have not done anything about or informed the court of the misconduct of AUSA Karamigious and Officer Lombardo with Silverman lying to probation

violation 1: Betsy Combier, which there is a document on the private docket in 19-cr-127 according to Silverman, used her nonprofit foundation to have her for profit parlegal client pay her at said foundation. Then, I told Engelmayer that I was placing a rule 60 motion with Full and Fair Credit Claim (the claim is NYS' court below the top court in the state issued a decision that oral contract expressed in an email is enforcable which the judge said ok) on Dec. 1, 2021

Violation 2: I told Engelmayer hat I was placing a rule 60 motion for Fulll and Fair Credit because of the fact that I quoted arbitrators, which one decision were Cogan was the person who worked for the UFT at Strook, and it is enforcable by the NYS' highest court

Violation 3: In the missing documents, I informed Engelmayer, Congress, and centeral DOJ of the fact that Silverman plays games and impedes me from contacting the DOJ or the Court, which the violation is based on me contacting DOJ prior to May

4, 2022

I sent the audio where Silverman said that it is not his job to forward anything to the DOJ, and I have told him that the judge said he is the lawyer for ALL term of probation, which I told probation and they never informed the CJA Judge, Enge amyer or Livington

The gang, as I call my lawyers, have used March 22, 2022 as my lawyer needed to approve all filing, but the new condition cannot be retroactive as on July 20, 2021, Engelmayer said that my lawyer only purpose in review my documents were for threats because anything more would make him my civil lawyer

Then, Kellman is psychotic too as she believes that she heard the judge say, "the judge told me that my only was wis to make sure that you are placed in a mental institution" with me telling her that I recorded March 8 and the judge never made that comment, as the judge said, "I wish would not be ligated and Mr. Celli recieve the mental health services he needs"...there is a difference between Engelamyer's words and Kellman's words, but the judge did say, "I told Ms. kellman what needed to be done....which these audios were sent to 100 plus judges and 90 plus AUSAs

Then, there are the statements of Kellman, like "there was no violation, but I did what the judge told me" and so on

The BOTTOM line is a false report was used against me, AUSA suborned perjury with Officer Lombardo perjured himself, as an email sent to him by Silverman mimics what the judge told me on July 20, 2021

The third issue is my HIPPA information was illegal obtained (I am not sure if Silverman was the lawyer who obtained the information now) and disclosed information that I did not approve Silverman to use in ANY submission to the court or publicly say on the record. I never signed anything for Montefoire Hospital, so my signature was forged. MOREOVER, either Bersing or Olveria provided the NYPOST reporter with my mental health information

The fourth issue is the fact that Silverman squarely denied me the right to put forward my intent with intimidation.

Yes, Engelmayer said, "I'll tell you your intent" with it being missing (various ways to look at it) on April 6, 2021, but Engelmayer changed his statement to "that's between you and your lawyer" on April 16, 2021. THEREFORE, Silverman is psycotic too because Engelmayer never, ever stated those words in front of me and he is hearing that I know for sure are not on the trancript or I recorded.

Please Take Notice, Silverman never obtained any evidence for my intent but had the gall to state he did not do his job because of Randi Weingarten and Judge Cogan with disclosing HIPPA information without my consent.

Fifth issue: I was illegally detained for 5 months, as it was prepared by Judge Cogan and Randi Weingarten to depive me of EVERY single right with Silverman as the only lawyer to admitt their involvment

Nov. 9, 2018 letter from the DOE saying that I was arrested
Nov 12, 2018 Judge Cogan requesting the arrest
Nov. 14, 2018 I was arrested...the DOE ONLY recieves notification of an arrest ONCE an employee is fingerprinted; therefore, the DOE had prior acknowledge

Now, I do have letters from the DOJ and verable statements...someone with Judge Cogan planned to deprive me a fair trial and deprive of liberty, which now I believe it was Randi Weignarten because of Silverman statement.

It is obvious that Silverman knows Cogan, but Randi and Silverman do not run in the same circles

I request that Peace and Trowel submitt my fillings to the court because my lawyers are blocking me from creating a public record
I know it is discression, but I request the an arrest if the DOJ believes is warranted
Please provide me with the CJA judge's name
Please provide me with a docket sheet for 19-cr-127, as Silverman told me on 8/7/22 that the docket did not change since the last time and on 8/9/22 the docket sheet has changed as my mother submitted documents for me with the fact that the docket sheet Silverman sent to me has missing documents on EDNY that SDNY and DC courts have docketed.

There are too many issues and my lawyers just lie and kept me in the dark