*Celli v. Engelmayer*
*22-cv-0646*

FROM: 91241053
TO: Lucas, Ida; Perez, Daniel; Silverman, Bem
SUBJECT: Letter to Trowel and Peace
DATE: 08/15/2022 07:31:29 PM

*Dear Judge Bloom / Judge Komitee*

Ida please write the following, as my brother is unable to do the following for while:

Dear Chief Judge Livingston, Judge Engelmayer, CJA Judge, AUSA Trowel, Officer Lombardo, AUSA Amundson, AUSA Peace, Mr. Perez, Ms. Kopplin, Mr. Silverman, and Ms. Kellman:

My lawyers do not communicate with me and leave me in the dark on most issues. The only one that communicates with me on corralinks is Silverman with Perez only reading messages and Kellman ignoring my request.

The issues that need to be dealt with:
1) Attached are messages sent to my lawyers, Amundson, and Kopplin
2) I am being illegal detained, which is the fault of Kellman and Silverman because they know that no violation occured with Kellman telling me, "there was no violation and I did what the judge wanted me to do" and with other statements after May 4, 2022 violation hearing
3) It appears that Perez wrote an appeal based on March 22, 2022 conference date, as on said date Kellman informed me that Silverman had to approve all filings (after conference) and Silverman getting up saying, "we need to read the special condition to Mr. Celli or the 2d. Cir. will send it back.
4) Silverman did not docket my motions prior to sentencing (practice of law by judge or structural errors (choice of lawyer or judge inferring with defense tactics or etc) and told me that he placed them on the court's "private docket" under sea, which the case manager for 21-1760, Kellman, and Perez are all aware with the case manager acknowledging his obligation to report what I told him---its been months
5) There are HIPPA violation by Olvieria and Silverman with Olivera forging my signature and illegal sharing my health information with Dr. Barday, for sure, and possible with NYPOST reporter Edelman--please ignore the previous statements that it was Silverman, as I discovered the information from the government filing sent to me by Perez. However, Silverman never informed, when I was accusing him, that it was not him who obtained the information from Montefoire Hospital because I want to be right about the facts.
6) Perez has not informed the 2d. Cir. about the fact that the record in 19-cr-127 is not complete and it was affected by Silverman who admitted not doing work because of Randi Weingarten and Judge Cogan, which occurred in the aftermath of reading Dr. Goldsmith's report by me because in said report the doctor said that I distorted the reality and blend it, but can prove what I told Dr. Goldsmith and what I told Dr. Rosenfield--it is what I told AUSA Shaw and AUSA Gold and others about the UFT and what they did not me by threatening to expose my rape; Betsy Combier threatened me for Randi Weingarten by telling me that if I continued with my lawsuit that Randi would be vindictive and Betsy posted my HIV status on her nonprofit foundation; and the fact that Judge Cogan worked for Strook and this is the lawsuit that negotiates the UFT's CBA with the city and he wrote briefs for the UFT---I do not believe that I disclosed that I did a lesson about Judge Cogan and the UFT (without using their names and just the fact) and even borderline IQ students stated what the AUSAs said and what Justice Roberts wrote about his recusal when his former clients appeared before him in the Supreme Court.
7) I have asked my lawyers to bring up the issues contained in the attachments with Perez notifying the 2d. Cir. that I want to appeal based on biased court, choice of lawyer, etc...read the document

I am asking AUSA Trowel to either submitt the documents on my behalf and/or forward my documents to the office of access to justice (I might be off with the name) but it is the office that provides a defendant with a lawyer to oversee defendant's lawyers so that they are not providing ineffective assistance of counsel, which is an anther topic that AUSA Shaw and I spoke about.

*I Request the removal of Kellman & Silverman w/ sanctions*


RECEIVED SEP 28 2022 PRO SE OFFICE