EDNY Celli v. Engelmayer 22-cv-04646

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: lack of communication by my lawyers
DATE: 08/19/2022 06:53:44 PM

RECEIVED SEP 23 2022 PRO SE OFFICE

USA v. Lucio Celli 19-cr-127 and 21-1760
Dear Chief Judge Livingston, Judge Engelmayer, AUSA Amundson, Ms. Kellman, AUSA Trowel AUSA Peace, and Officer Lombardo with Silverman and Perez

Re: My lawyers do not communicate with me and keep me in the dark AND NOW, one doesnt accept my corralinks, one who blocked me and one who is limited his noticatifions (his choice)

My lawyers going out of their way to harm and not talk to me....I am in the dark about everything with the fact that they have committed crimes against me with the support of AUSA Karamigous and Judge Engelmayer