EDNY Celli v. Engelmayer
22-CV-04646

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

RECEIVED
SEP 23 2022
PRO SE OFFICE

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Silverman ex parte conversation with judge
DATE: 08/19/2022 08:02:43 PM

USA v. Lucio Celli 19-cr-127
Dear Judge Engelmayer, Chief Judge Livingston, AUSA Amundson, AUSA Trowel, Mr. Lombardo, Ms. Kopplin and my lawyers

Re: On June 16, 2022, Silverman informed me that he had an ex parte phone conference with Judge Engelmayer an I I request the transcripts because Silverman said that "the judge wants you declared psychotic," which I doubt this happen, as Silverman believes that the judge also said that the judge would have him disbarred if he presented my intent ..I think Silverman is hearing voices (for sure about the judge's statement of his disbarrment b/c that was never said in front of me)

I request that the court provide me with the transcript where, according to Silverman, the judge wants me declared psychotic, but Silverman heard other statements that the judge never said either...