TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Criminal complaint of Kellman
DATE: 08/21/2022 06:54:41 PM

*[Handwritten at top: EDNY / Celli v. Engelmayer / 22-cv-04646 / Dear Judge Bloom / Judge Komitee]*

Dear Ms. Kellman, Mr. Silverman, AUSA Trowel, Ms. Kopplin, AUSA Peace, Officer Lombardo, and AUSA Amundsor:

Re: Kellman's criminal conduct of not informing the court of the criminal conduct of AUSA Karamigous, Officer Lombardo, and Mr. Silverman, as she clearly stated and I have it recorded that she knew of aforementioned people's criminal conduct, but did what the judge wanted her to do with the fact that she is hiding a mandamus for a biased judge because Engelmayer has allowed Silverman to be a lawyer on my case while he helped Judge Cogan and Randi Weingarten get a way with crimes, per AUSA Shaw and other DOJ personnel. And, I request the AUSAs send my letter to the evil, old, miserable lady (Kellman) as she keeps saying, Silverman did not send her anything and she has not informed the court that I have her audio recorded telling me, WHICH SHE KNOWS WITH EVERY JUDGE AND AUSA (if they clicked on the link), she conspired with Engelmayer AND told me that the judge said place me in a mental insitution--WHICH THE JUDGE NEVER UTTERING those words in front of me with the fact that she knows (from a previous Enelmayer case) that she is required to inform the court of the allegation, as in my case it is true because I have the miserable, old, evil lady telling me which was sent to everyone to show that she is evil but more importantly, to show that she labors under a conflict of interest (Cronic) because she told me that she will not do anything but what the judge told her, like forget I am entitled to due process

It has been 5 months that Kellman was informed of the false report, which ALWAYS denies a defendant of due process and the DOJ has prosecuted law enforcement for said conduct. It is beyond clear, if the transcripts were not altered, that I followed how Judge Engelmayer explained the special conditions on July 20, 2021 and it is beyond clear that Judge Engelmayer approved my filings for rule 60. HOWEVER, I continue to be deprived liberty because I have an evil, old, miserable lady (who clearly gets off on her misconduct because I have her laughing) who CLEARLY said that "the judge told me to make sure that you are placed in a mental institution," (sent to 90 plus AUSAs and 100 plus judges) or "the judge knew of my misconduct and the judge will protect me, like Silverman" (which Silverman was present and not informed the judge of any statement the miserable old lady said to me) or "I did what I did because the judge told me too" or many more.

The miserable old lady said, there's no violation and that I was right about everything, but has the pure gall to write to my brother, because she is evil and gets off on it, that she cannot have a rational/logical conversation. The concept is clear, as she said it, there's no violation on my part, but I was screw by an evil, old, miserable lady who promoted the interest of the judge, as she CLEARLY told me and recorded, because the judge needs to discredit you for sending the audios of him to congress.

I request that AUSA Trowel to forward this to AUSA Peace

*[Handwritten:]* I request the removal of Kellman from my case

RECEIVED SEP 23 2022 PRO SE OFFICE