EDNY
Celli v. Engelmayer
22-cv-04646
Dear Judge Bloom/
Judge/Komitee

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Letter to Congress
DATE: 08/23/2022 10:04:34 PM

USA v. Celli 19-cr-127
Dear Congress Members, Chief Judge Livingston, AUSA Amundson, and Judge Engelmayer:
Re: Randi Weingarten and Judge Cogan had Mr. Silverman, esq deprive me of a fair trial and help the government getaway with misconduct, which I have Silverman audio recorded telling me that is did not do his job because of them and Judge Engelmayer is helping Randi Weingarten and Judge Cogan cover up the fact that they deprive me a fair trial and many, many months of liberty, as I have the audio of Silverman, but Engelmayer called me a liar---Engelmayer sang Cogan's praises, but I have over 80 DOJ personnel with letters from the DOJ saying that he committed a crime when he helped them cover up the UFT's threat of exposing my rape, as the UFT were Cogan's former clients

It is very simple, I was denied every constitutional right by Silverman, as he did not do a single thing for me and hid motions that I wrote to protect my rights, which one focuses on the fact that Engelmayer practiced law (28 USC sec 454) for Randi Weingarten and Judge Cogan when he told me what my intent would be. I state this under the penalty of perjury see 28 USC sec. 1746

I request that congress do what the 2d. Cir. is not willing to do because I do have AUSA Shaw saying that Silverman committed a crime and Judge Engelmayer called me liar, so that is why I emailed all the judges

Please check Ms. Kopplin's (General Counsel for the Senate Ethics' Committee) emails for a full explanation with links to audios to prove my allegation, as I sent them to 100 plus AUSAs and judges with two judges answering me

It is impossible to have 80 plus DOJ personnel with letters from the DOJ saying about my lawyer's misconduct or criminal conduct AND Judge Engelmayer singing his praises and I have statement like "a judge would never allow," but my answer is "oh but he is allowing it"

Please Take Notice, the document that I sent congress prior July 20, 2021...Silverman lamented to Engelmayer that those documents made him look like the worst lawyer worst and whom does not do his job

Not two realities, but many discretion...but there is a reality that is paid for by Randi Weingarten, which there is an appearance that Judge Engelmayer used his office for Randi Weingarten

Randi Weingarten and Judge Cogan preplanned how to deprive me of every right known to American citizens, as I received a letter from the DOE on Nov. 9, 2018 (about an arrest) and Judge Cogan requested my arrest on Nov. 12, 2012. Please Take Notice, DOE is only notified of an arrested only when a person is fingerprinted and I was fingerprinted on Nov. 14, 2018....which appears that Engelmayer, Donnelly, Sebiel and so (the appearance is Schumer because he has called Randi Weingarten like a sister, but it is only an appearance and not a fact, but the appearance is REALLY strong()

I request the removal of Silverman from my case w/ sanctions

RECEIVED SEP 23 2022 PRO SE OFFICE