SDNY  Celli v. Engelmayer  22-CV-0646

Dear Judge Bloom /
Judge Komittee

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Criminal complaint AUSA Karamigous
DATE: 08/24/2022 08:41:39 AM

RECEIVED SEP 23 2022 PRO SE OFFICE

USA v. Celli, 19-cr-127

Dear Justice Roberts, Chief Judge Livingston, Judge Engelmayer, AG Garland, AUSA Peace, AUSA Trowel, IG Horowitz, Officer Lombardo, Congress, and my lawyers who conspired with judges (their words, not mine)

Re: Criminal Complaint AUSA Karamigous, AUSA Bensing, Officer Lombardo, Kellman, Perez, Silverman, Judge Engelmayer, Judge Cogan, and Randi Weingarten with motion for a PUBLIC hearing to play my audios, as I was deprived liberty without due process for sending audio to Congress with the wishes of Engelmayer to discredit me and have me placed in a mental institution (Kellman's words and sent, via email, to over 100 AUSAs and judge--with 2 judges answering me) with Silverman lying to probation about the violation AND not docketing motions to hide his criminal conduct of depriving me a fair trial for Randi Weingarten and Judge Cogan (his words, not mine and recorded). Please Take Notice, the leading case for this type of criminal activity is Imbler v. Pachtman, 424 US 409, 47 L. Ed 2d 128, 96 S. Ct. 984 with Screws case for fair trial and Lanier (sp?) for the 3 elements for a prima facie case for 18 USC sec. 241 and sec. 242. Also, my judicial misconduct complaint against Engelmayer, Sebiel, Matisomto, and Scanlon are missing from the docket, which is not the first time this has been done to me by Clerk Wolfe, which AUSA Gold said is a crime

I am writing this criminal complaint with a public hearing to show how a crime was committed against me to obtain the criminal conviction in 19-cr-127.

Please Take Notice, I am requesting either Justice Roberts and/or Chief Judge Livingston to reassign my case to another, if they choose to exercise their discretion, which I know they do not have too...but for "the appearance" I believe they should or even Judge Engelmayer is just simply recusal himself because the appearance TO EVERYONE that I spoke that he is allowing Silverman and the government to get away with misconduct or crimes against me

Please Take FURTHER Notice, I realize that Justice Roberts and Chief Judge Livingston do have a plausible explanation for the email sent in June 15, 2022, but I do have 2 judges who read the email with my allegations with audios links that I keep referencing, where my lawyer Kellman states to me that Engelmayer wanted me in a mental institution and Engelmayer tells me that she does not need to review the record with another audio of Kellman telling me that she did not review anything

It is very simple Kellman told me after May 4, 2022 violation hearing that she knew there was not a violation, but the judge wanted it this way (paraphrasing what she said) with the judge knew of her misconduct AND laughed in my face that the judge would protect her.

Please Take Notice, Kellman CLEARLY said that the AUSA knew of the false report (which is crime under sec. 241 and obstruction of justice) by Officer Lombardo and that Karamigious knew that the Officer lied on the stand

Please see the various law suits that have been post since June of 2022 or the emails sent to AUSAs and judges or Ms. Kopplin (Sen. Senate Ethics)

In Imbler v. Pachtman, the Court informs the public that judges and prosecutors CANNOT be suited for actions taken in their respective roles, but the ONLY remedy for unconsitutional torts would only be allowed under 18 USC sec. 241 and sec. 242

I am being illegally held when my lawyers, the judge, the officer, and the AUSA know that I did not commit a violation

I did what was told me by Judge Engelmayer on July 1, 2021 and he approved my filings on Dec. 1, 2021

The underlying issues to the violation is Randi Weingarten/Betsy Combier/Judge Cogan

I have AUSAs with a letter saying what Judge Cogan did for this former cleints is a crime, as even borderline IQ students know that said judge uses his office for the UFT...they threatened to expose my rape if I continued with my lawsuit

I have AUSAs saying what Betsy Combier threatened me that Randi Weingarten would be vindictive if I continued with my lawsuit and then posted my HIV status on her nonprofit foundation, which I have as a crime with the fact that she owes money to the IRS