FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman-Bern---
SUBJECT: criminal complaint Silverman/Randi/Cogan
DATE: 08/24/2022 02:16:32 PM

Dear Judge Bloom
Judge Komitee

[Stamp: RECEIVED SEP 23 2022 PRO SE OFFICE]

USA v. Celli, 19-cr-127

Dear Justice Roberts, Chief Judge Livingston, Judge Engelmayer, AG Garland, AUSA Amundson, AUSA Trowel, AUSA Peace, Officer Lombardo, Ms. Kopplin, and my lawyers who conspired with judges and told me and I sent some audios to over 100 plus AUSAs and judges

Re: Criminal Complaint Engelmayer, Silverman, Wiengarten, Cogan, Karamigious, Lombardo, Kellman, Perez, Fin, Combier, Edelman and unnamed: I was denied access to court, as Silverman didn't docket my motions, a fair trial by everyone conflict free lawyer by Engelmayer, Cogan, and Weingarten, deprivation of liberty without due process, denied witnesses, denied to make a record, and many more claims that the DOJ has brought prosecution under 18 USC sec. 241. See Screws v. USA 89 L. Ed 1495, 345 US 91 and Imbler v. Pachtman, 424 US 409, 47 Led 2d 128. 96 S. Ct 984

In Screws, the Court stated violating a statute, like rule 35 which come from a statute that is cited in the beginning of rule took-- I do not know the number for sure, but it starts 27--, making a criminal offense willfully to deprive, under the color of law, one rights, privileges or immunities secured to him by the Constitution and laws of the US, and conspiring to violate such statute.

As a single example, Kellman and Engelmayer deprived me the right to call witnesses to establish that Silverman, Karamigious, and Officer Lombardo with his supervisors fabricated a violation (emailed to Amundson and Kopplin), as I informed everyone that the judge explained the special conditions on July 20, 2021 fully on record and did not write them down, which I provided a the case law with the fact that Judge Engelmayer approved of my filings on Dec. 1, 2021.

In Screws, the Court states that government can use statute, and judicial opinion to establish the constitutional tort, like calling witnesses or access to the court (filing documents or communicating with it) or false report, and many more issues that I keep on complaining about that my lawyers do nothing about

In Screws, the Court states that "willfully" connotes a purpose to deprive a person of a specific Constitutional right

When Silverman did not docket my motions to establish prosecutorial misconduct, judicial misconduct (like the practice of law), my intent, the criminal conduct per AUSA Shaw of Silverman, structural errors and etc; Silverman denied me the right to have my claims to be heard on the merits and affected the judicial record, which the DOJ has prosecuted and AUSA Shaw informed that when Silverman did not docket a mandamus or bail hearing motion, he committed a crime, which I informed DOJ central and central sent me a letter about "uncharged crimes"

Please Take Notice, Perez, Kellman, and Clerk Fin know about Silverman's crime, as it helped Randi Weingarten and Judge Cogan

Also, 18 USC sec. 875(c) requires the case to be heard on intent, when Engelmayer told me what my intent was and then later threatened Silverman with disbarment (never said in front of me)...they committed a crime because in Screws I was deprive a fair trial, as I was not allowed to present any evidence of my intent because Silverman would not obtain evidence, per Ellis case (which Screws says judicial opinion and I have AUSA saying it is a crime to deprive me of my own intent and I have a psychologist saying that no one can tell me my intent...even Dr. W)

Engelmayer is depriving me a right to a conflict free lawyers, as written in US v. Cronic, 466 US 648, 80 LEd 2d 657 104 S. Ct. 2039, as my lawyers clearly have told me that they are conspiring with Engelmayer (Kellam and Silverman) and Judge Cogan with Randi Weingarten (Silverman), which is an issue under sec. 242 for sure...every judge and ausa in our country CAN hear Kellman say, "the judge told me...." or "I did what the judge told me.." or Silverman's statement of Engelmayer or Cogan and Randi

Please Take Notice, my lawyer cannot promote the interest of judges over mine, which is a conflict of interest

Now, Silverman's statement cannot be Engelmayer and Cogan with Weingarten, but it is what I have audio recorded him saying to me which I state under the penalty of perjury. See. 28 USC. sec. 1746

I request the removal of Silverman w/ sanctions