TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Sanctions against Peace/Karamigous
DATE: 08/25/2022 02:18:14 PM

USA v. Celli, 19-cr-127
Dear Chief Judge Livignston, Judge Engelmayer, CJA Judge Judge Donnelly, AUSA Peace, AUSA Trowel, AUSA Arnundson, Officer Lombardo, Ms. Kopplin, AG Garland, and my lawyer who addmitted conspiring with Engemayer, Cogan and Fandi Weingarten
RE: Motion for Scanction against Peace/Karamigous for submitting false law enforcement reports, subornation of perjury, misleading the court about my filing, as Judge Cogan wrote brief for the UFT and Judge Engelmayer approved it with my lawyers conspiring with the AUSA to hide her GROSS misconduct, as I recieved letters from DOJ central about the AUSAs misconduct and I have verbal confirmation of their misconduct. In addition, I request sanctions against Silverman for helping the government to fabricate violation by lying to Officer Lombardo and Kellman who knew there was no violation by me and blamed Judge Engelmayer telling her not to do anything for me, but to have me placed in a mental institution...which the audio was sent to over 100 plus AUSAs and judges with 2 judges answering me.

I write to the Chief Judge Livingston and Judge Donnelly to conintue to apprise them of the misconduct. I know it is a waste of time to inform Judge Donnelly, as she allowed AUSA Bensing to get away with KNOWN misconduct. Yet, Judge Livingston has a plausble answer not doing anything when the subject line informed her of the misconduct of Karamigous and Peace, as the answer would be "I didn't click on the email," HOWEVER, I do have 2 judges who did answer.

I would tell Judge Engelmayer, but he tells me that I am a liar even though I told him that I have audios to support or the letters from DOJ central that were in response to the documents that were NEVER docketed by Silverman. IN FACT, the transcript and my audio (for reflection and intonation of vioce) will prove that Engelmayer said that "you will not recieve justice here, which he kept to his word when he allowed Silverman to commit many crimes against and allowed Karamigous to lie about facts that HE had personal knowledge because he recieved my emails too, like false reports by the US Marshals

Please Take Notice, AUSA Peace has known about Karamigous' misconduct and the letters from DOJ central since May, 2022
Please Take FURTHER Notice, I cannot say that DOJ central or any AUSA that I ever spoke treated me unfairly, as they told me what they thought....some times, I loved the answer and there were times that I did not like the answer

I request sanctions against Karamigous, Peace, Bensing, Kellman, Silverman, and Officer Lombardo from Judge Engelmayer...I know the answer, I am defaming them, but I have AUSAs who cannot believe that he is knowingly allowing everyone to deprive me of every single right an American has as a citzen

I request Judge Donnelly hold a public hearing, streamed live, so that I can call witnesses to show the misconduct of he AUSAs, as my opionion is worthless and that of AUSAs is gold

I request, again, that Chief Judge Livingston remove Kellman, Silverman (also HIPPA violaton) and Perez from the panel of judges, as they took pride in what they did to me and Kellman laughed that Engelmayer will protect her.