SEP 23 2022
TRULINCS 91241053-CELLI, LUCIO - Unit: LEX-E-A

EDNY

Celli v. Engelmayer

22-cv-04646

Dear Hon Bloom & Hon Komitee

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Kellman not prepared for violation hearing
DATE: 08/26/2022 10:37:22 AM

USA v. Celli, 19-cr-127
Dear Chief Judge Livingston, Judge Engelmayer, AUSA Amundson, AUSA Trowel, AUSA Peace, Officer Lombardo, Congress, Ms. Kopplin, Mr. Silverman and Ms. Kellman
Re: Sanctions against Kellman for not being prepared for violation hearing on May 4, 2022 and KNOWINGLY lying to the judge that she was when I have an audio, which was sent to judge and over 100 plus AUSAs and judges, telling me that she was not prepared with an apology from Judge Engelmayer for allowing his prior experiece cloud and ignore the fact that I told him that I have it audio recorded, but he has the audio and he should, if he did not conspire with Kelman--like she said, set the record because it is what the public wants to see--I can cite judicial misconduct opinions if needed

I am writing the court to inform Judge Engelmayer that he has had since June 15, 2022 to listen (or have it transcripted) to Kellman tell me that she was not prepared and has not done anything for me to protect my rights, which she blamed Judge Engelmayer

Please Take Notice, I had two judges who answered me with "I cannot help you in this case, please do not email me/ send another email to this address"

Please Take FURTHER Notice, Judge Engelmayer forced me to proceed to a hearing with a lawyer who has the integrity of a common crack head

If Judge Engelmayer did not conspire with Kellman, but the appearance is there, then Kellman and Silverman would have been removed because my lawyers intentionally deprived of liberty without due process

In many judicial misconduct opinions (that I have at home), the circuit council provides a judge with points (not the word they used but I do not remember the word they used) for acknowledging the fact that they allowed their outside facts cloud their judgement and deprive a person of their rights

Therefore, when I told Judge Engelmayer that I have Kellman audio recorded telling me that she has not done any research, she was not prepared, and her ONLY job was to ensure that I was placed in a mental institution and then he told Kellman: "I don't beleive him because I know you" ...the judge allowed his prior experiences with the crack head cloud his opinion and forget the fact that I have PURE evidence of Kellman's criminal conduct...there is no excuse for Kellman to still be my lawyer when she KNOWINGLY committed a crime against me

THE APPEARANCE:
Judge Engelmayer said,"there's no reason for Ms. Kellman to review the record because I told her what needed to be done" Kellman's statments of the wish of Engelmayer to place me in a mental insitution, reteliation for sending audios of Engelmaeyr lying about his association with Sen. Schumer, and telling me that there's no violation and she did what she did because of the judge and LAUGED that the judge woudl protect her

Remedy:
1) Economic sanctions for knowingly depriving me liberty without due process because she conspired with Engelmayer (her words, not mine)
2) The crack heads' removal from my case
3) I am owed an apology from the court the deprivation of liberty without due process and ineffective of assistance from two crack heads...if Judge Engelmayer was not part of the conspiracy
4) Removal from the CJA panel for thier GROSS misconduct of conspiring with government to deprive me of every right known to Americans, which I have many DOJ saying this and letters
5) A public hearing to prove my lawyers have the integrity of common crack heads and the reason for thier removal and how they conspired with Engelmayer, Cogan, and Randi Weingarten...again, thier words...NOT MINE...I can prove what my lawyers said to me...but they also heard statements that Engelmayer never said too...but Engelmayer has ALLOWED their misconduct with that the of government go UNCHECK and I WANT TO CALL the DOJ people whom I spoke to because my opinions are worthless and those of the DOJ are gold...this is just a fact that I have accepted A LONG TIME AGO and the reason called them because the public will believe them over me...just a fact