TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

----------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Letter to Congress about Silverman/Cogan/Randi
DATE: 08/26/2022 12:27:25 PM

Handwritten annotations: EDNY Celli v. Engelmayer 22-cv-0??4? Dear Hon Bloom, Hon Komitee

USA v. Celli, 19-cry-127
Dear Congress, Ms. Kopplin, Chief Justice Roberts, Chief Judge Livingston, Judge Chief, AG Garland, AUSA Amundsen, AUSA Trowel, AUSA Peace, Officer Lombardo and my lawyers who are criminals who admitting that they conspired with AUSA, Judge Cogan, and Randi Weingarten
Re: Silverman admitted to conspiring with Randi Weingarten and Judge Cogan because he THOUGHT I was not able to record within the courthouse and Judge Engelmayer is protecting him by not allowing me to play my audios of Silverman and there is a VERY strong appearance that Engelmayer is using his office to help Randi and Cogan get away with crimes that they did to me.

I am writing Congress, Justice Roberts and Judge Livingston because I was denied a fair trial due to the inference by Randi Weingarten and Judge Cogan.

Please Take Notice, I have letters and verbal confirmation from DOJ central, with other DOJ personnel not at central, that confirmed that Judge Cogan used his office for his former clients the UFT BECAUSE they threatened to expose my rape if I continued with my lawsuit WITH THE FACT that verbally I received the statement that AUSA Bensing needed to be terminated for normalizing the crime of Judge Cogan, as the facts DID NOT support her statements

Please Take FURTHER Notice, I have borderline IQ students who understood that Judge Cogan used his office for his former clients the UFT

Please Take EVEN Further Notice, I went around telling average people what I have the DOJ saying (or in writing) and what the borderline IQ said WITH Justices Roberts' opinion, impeachment trial of Judge Ritter, the practice of law statement by the panel of judge with 28 USC sec. 454 and the various misconduct opinions/criminal convictions in this area of Judge Cogan's conduct...people said that "if borderline IQ students understood this with the facts, then why don't Judge Engelmayer Judge Donnelly, the AUSAs of EDNY and my lawyers do not understand"...my answer is, "the AUSAs said that they are covering up Judge Cogan's crime and their has to be SOMEONE that connects Judge Cogan with the UFT/Randi Weingarten," which I only see the appearance of Sen. Schumer, but this is not a fact

I believe the public should hear everyone, the facts of how Judge Cogan helped the UFT, and the fact that he knew and understood what he did for the UFT because people thought this is DISGUSTING for these people to knowingly help cover up Judge Cogan's crime for Randi Weingarten/UFT and Betsy Combier

PLEASE TAKE CLOSE NOTICE, Judge Engelmayer will not allow me to have a public hearing, streamed live, and call witnesses to show that Randi Wiengarten and Judge Cogan interferred with my trial and had Silverman impede me from present my intent

It is true that Judge Engelmayer attempted to deprive me of my intent on April 6, 2021, as it was the practice of law and told him, so him stopped on April 16, 2021
Please Take Notice, Judge Engelmayer LOST his role as judge on April 6, 2021 in my case because he practiced law, which means the judgment is void

RECEIVED SEP 23 2022 PRO SE OFFICE