TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

----

FROM: 91241053
TO:
SUBJECT:
DATE: 08/27/2022 05:56:05 PM



Lucio Celli v. ~~[redacted]~~

Dear Judge ~~[redacted]~~ Block & Judge Komitee

RE: Motion to switch the name of the defendant to Federal Bureau of Prison and to remove my current council of Susan Kellman, esq. and Benjamin Silverman, esq. as my lawyers and appoint two different CJA lawyers whom are conflict free

I, Lucio Celli, write Your Honor and the court to inform them that I would like to switch the named defendant of "Warden Paul" for Federal Bureau of Prison (central office) with the address of 320 First Street, NW, Washington, DC 20534, as my time at FMC Lexington is coming to end soon and I will still be in the BOP thereafter.

In the petition, I placed correspondence between my current lawyers and myself. In one email, I cite various lines written in US v. Cronic, 466 648, 80 L Ed 2d 657, 104 S.Ct 2039 because my labors under conflict, which I sent all federal court appeal judges with some justices links that contained audio links (my lawyers and myself, in-person court appearances, phone conferences with the court and zoom conferences)

In Cronic, the Court stated that ineffective is also presumed when counsel actively represented confliting interest, which the Court cited Cuyler v. Sullivan. My lawyers have admitted that they are conspiring with Judge Engelmayer, Judge Cogan, and Randi Weingarten of the AFT. In Cronic, in fact, the Court also stated that "friends of the court" is also an issue under stare decsis decision.

Please Take Notice, I sent audios of my lawyers to all court of appeals judges in America, via email and with two judges answering me, which I state under the penalty of perjury, see. 28 USC sec 1746
Please Take FURTHER Notice, Your Honor and/or the court can obtain the audios from the court of appeals judges or have me open up my email or dropbox for needed proof of what my lawyers said or how I was intimidated by Judge Engelmayer or how Judge Englmayer lied about his association with Sen. Schumer, as all judges that I had were Schumer judges and Schumer considers Randi Weingarten "like a sister and his "sister" had the UFT threaten me to expose my rape if I continued with my lawsuit and "his sister" had Betsy Combier place my HIV status on her nonprofit foundation.

Examples of statements that I have recorded:
1) Silverman told me that he did not do his job because of Randi Weingarten and Judge Cogan and told me that he said that Judge Engelmayer threatened him with disbarment (both statements deal with my intent) in an ex parte conversation that I was not privy too.
2) Kellman said that the judge told her to make sure that I am placed in a mental institution and the judge knew of her misconduct because he told her what to do and the fact that he (Engelmayer) would protect her

Please Take CLOSE Notice, I have Kellman telling me that there's no violation and I was right when I said that there was a false report used against me, perjury by Officer Lombardo, Silverman lied to the officer, and the AUSA suborned perjury

I told Judge Engelmayer about the statements made by my lawyers WITH the fact that I had audios of them telling me and the said judge called me a liar.

I motion the court the immediate removal of my current lawyer and to be provided with a lawyer who is conflict free and the appointment of lawyer from DOJ's access to justice (I believe the statute is 28 USC sec. 517) to ensure that my CJA lawyer provides me with effective assistance of counsel

I pray for the second motion the most because I have not been able to create a record of the conduct of my lawyers by Judge Engelmayer, which I believe that I am in a biased tribunal with a biased judge. See In re Murchison, 349 US 133 75 S CT 623, 99 LEd 942. I have AUSAs, like AUSA Shaw, saying that my lawyer Silverman committed crimes against me and I have letters from DOJ's Exc. Office responding to my allegations as they said "uncharged" crimes and I cannot go back to get sentence with lawyers who undermine my defense and go out of their way to harm me with a judge who is protecting them and not listening to my audios

Please Take Notice, cases nos. 22-cv-04646, 22-cv-6535 and 22-cv-06542 were only docketed after my brother sent the emails

message from to AUSA Amundson, DOJ's Office for Public Integrity.
Please Take FURTHER Notice, the above-referenced case nos. were sent to SDNY, EDNY, 2d. Cir, DC and Supreme Court with only DC and Supreme Court docketing or telling they cannot docket it.
Please Take CLOSE Notice, SDNY, EDNY, and 2d. Cir. the clerks in said courts do not docket my documents, which is the reason for my claim of biased tribunal as Clerk Young told me that "the court told me that I do not have to docket you stuff if I do not want too."

Please look in 22-cv-6535 for the details, as it was copied and pasted into email body for all judges and, again, I received two emails from judges

Signature:_____
Name: Lucio Celli
FMC Lexington

Address:_____

Inmate No.:912410-053

Certificate of Service
I, Lucio Celli, Certify that on_____ I sent a complete and accurate copy of this motion and petition by US mail to every party listed below