TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Letter to Komitee
DATE: 09/03/2022 05:52:21 PM

RECEIVED SEP 23 2022 PRO SE OFFICE

Celli v. Engelmayer, 22-cv-04646

Dear Judge Komitee, Judge Engelmayer, AUSA Karamigous, AUSA Peace, AUSA Trowel, Clerk Palmer, AUSA Amundson, Ms. Kellman, Mr. Silverman, Ms. Kopplin, and Officer Lombardo:

Re: I request that the case be heard by EDNY judge who received my email dated June 15, 2022 because they have the audio of Kellman saying: "the judge told me that my only job was to make sure that you are placed mental institution" with the audio telling that she was not prepared for the violation hearing and the audio of Judge Engelmayer saying: "there's no need for Ms. Kellman to review the record because I told her what she needs to do," as there is an appearance of collusion between Kellman and Engelmayer to deprive me of liberty.

I write the Court to inform it that I do not consent to a magistrate reviewing my case, as I prefer a judge who received my email on June 15, 2022. I was denied liberty without due process on May 4, 2022 because of the following

1) Prior to Kellman's involvement and after, there were emails sent to AUSA Amundson and Ms. Kopplin of the Senate Ethics Committee and Officer Lombardo with Silverman

Essentially, I informed Officer Lombardo that I followed the directions of Judge Engelmayer as he VERBALLY told me on July 1, 2021 and that Judge Engelmayer APPROVED my filings due to the fact that I was claiming Full and Fair Credit Clause as I was filing it under rule 60 WITH the facts how each filing/violation centered AROUND Randi Weingarten/UFT/Judge Cogan/Betsy Combier

PLEASE TAKE CLOSE NOTICE, Kellman is recorded telling that there is NO VIOLATION, the judge knew of my misconduct and the judge will protect me, like Silverman

PLEASE NOTE, Kellman LAUGHED in my face when she said that the judge will protect her misconduct

2) Kellman did not file the required motion to ask the government to check the violation against the transcripts of July 1, 2021 and Dec. 1, 2021

3) Kellman acted in a pro forma manner (which I cited the case law), but the true conduct is best described as a common crack head

4) Kellman did not file any motions or do anything because, in her words, "I did what the judge told me to do."

5) Kellman is also recorded telling me that she did not call witnesses or obtain evidence (like the transcript) because it would prove my assertions were correct that there was no violation

6) Kellman has lied to me about the fact that she could not file anything, like mandamus/rule 60 for fraud upon the court for extrinsic fraud/28 USC sec. 2241

Attached is my 28 USC sec. 2241 petition