TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Letter/criminal complaint
DATE: 09/03/2022 07:24:00 PM

Celli v. 22-co-04646 (EDNY), 22-co-06535 (SDNY) and 22-co-6542 (SDNY)

Dear Justice Roberts, Chief Judge Livingston, Chief Judge Swain, Chief Judge Brodie, Judge Komitee, AG Garland, G Horowitz, Clerk Palmer, Clerk Kirjack, AUSA Amundson, AUSA Peace, AUSA Trowel, Ms. Kopplin, Officer Lombardo, and my lawyers (who are aware of the following crimes and MUST forward this message)

RE: Letter to inform Judge Swain that I have not received anything from SDNY as stated on the docket for 06542 and this is a criminal complaint against the clerk who said they were going to mail me something at FMC Lexington with criminal complaints against the clerks who entered the above-referenced docket nos with a request for the court to appoint a master to investigate what is occurring to missing documents and petitions being filed AFTER AUSA Amundson was notified. I require the name of the clerk who supposedly sent the mail here to FMC Kentucky because I want to file a complaint complaint against this person for mail fraud, as NO mail has EVER come to me here from SDNY.

I am writing the Court and Chief Judge Livingston (because it is her statutory duty) to inform them that I have not received any documents to sign. My parents have received it at my house, but the letter said that they were mailing it here to me at FMC Lexington.

Issues:
1) The above-referenced docket nos. were docketed ONLY after my brother informed AUSA Amundson that they were missing.
2) The above-referenced docket nos. were sent once electronically and one via mail
3) My parents received a letter from SDNY stating that they RECEIVED petition prior to July 16, 2022 and that a duplicate was sent to them
4) If the petition was SENT and RECEIVED P-R-I-O-R to July 16, 2022; then the petition NEEDED to have a docket date PRIOR to July 16, 2022---HOWEVER, the docket date is August 1, 2022

Remedy:
1) I need time to receive the document to sign as I cannot make the deadline of Sept. 10, 2022
2) The documents needs to be sent to me at MDC Brooklyn at this point because I will be leaving FMC Kentucky soon, but it also depends on the US Marshals
3) The appointment of a master to find out stamp out the misconduct of clerks in SDNY because they HAVE a bad habit of NOT docketing my document
4) An answer from Judge Swain as to why she ignored the fact that I informed her of the misconduct in 21-cv-10455, as there are STILL missing documents in that case and it is a crime, which I have AUSA Gold telling this for Clerk Young and Clerk Wolfe of the 2d. Cir.

I would like the name of the clerk so that I can file a proper criminal complaint as it is mail fraud
I would like the names of the clerks who delayed the filings of the above-referenced petition, because there is a criminal statute that applies because they ONLY filed the petition AFTER AUSA Amundson was notified that it was missing

Please Take Notice, the same petition, as the one in EDNY and SDNY, were docketed in DC and Supreme Court IN JUNE of 2022
Please Take FURTHER Notice, the petition was sent the same way with SDNY issuing a letter stating that a duplicate was sent by my brother on July 16, 2022....THEREFORE, the petition in SDNY cannot be ALREADY sent prior to July 16th and have a docket date of Aug 1, 2022 ...THERE IS NO SUCH THING AS TIME TRAVEL, but I have read criminal convictions in this area where clerks have done this and have been held criminal labile

Oh, there is still missing documents in 19-cr-127, which all judges got too ... and Silverman, please tell me if you notified the court of this misconduct, as you are required and it is a crime so 18 USC sec. 4...just saying