TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

Celli v. Engelmayer
22-cv-04646

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Sanctions
DATE: 09/10/2022 11:14:33 AM

RECEIVED
SEP 2* 2022
PRO SE OFFICE

Blocks

Dear Chief Justice Roberts, Chief Judge Livingston, Judge Swain, Judge Komitee, Judge ~~Miller~~, Judge UA, Judge Engelmayer, AUSA Amundson, AUSA Trowel, and Ms. Kopplin,

Re: Sanctions/criminal complain against Kellman and Silverman for knowing that no violation occurred and have done NOTHING with Silverman intimidating my mother out of getting a private lawyer with their removal from case no. 19-cr-127 for conspiring with admission recorded with Judge Engelmayer, Judge Cogan, and Randi Weingarten, as I had my brother and friends email AUSA Amundson about Silverman criminal conduct for Randi Weingarten and Judge Cogan.

I write the Courts to inform them that I have lawyers who labor under a conflict, as Kellman clearly admitted that she doing the interest of Engelmayer (audio sent to over 100 plus federal judges and AUSAs) and Silverman who admitted that he has not done his done job because of Randi Weingarten and Judge Cogan. In addition, I request that

Please Take Notice, I know, for sure, Judge Engelmayer and Judge Swain will ignore the facts because they are possible being paid by Randi Weingarten
Please Take FURTHER Notice, Judge Engelmayer has not explained why he lied about his association with Sen. Schumer with the appearance of using his officer for Schumer's "sister-like" friend Randi Weingarten and Judge Swain has not disclose and explain why she hid her association with Sen. Schumer in 21-cv-10455
Please Take EVEN Further Notice, Judge Engelmayer called me a liar when I informed him that I have Silverman recorded telling me that Silverman did not do his job because of Randi Weingarten (who is like a sister to Schumer) and Judge Cogan

PLEASE TAKE CLOSE NOTICE, Betsy Combier played me an audio of Randi Weingarten paying Judge Marrero (Schumer judge)---now, I cannot prove that I heard the audio and it could be created by Randi and Betsy to harass me because, for sure, NO ONE who knows Betsy would have Betsy in a room paying some public official as Betsy has a BIG MOUTH and cannot hold water.

For sure, Kellman told me that Judge Engelmayer will protect her like Silverman recorded, but I believe, I could be wrong, that Judge Engelmayer echoed the protection of Silverman. AUSAs, however, cannot believe that ANY judge would allow to Silverman to OPENLY commit a crime against me, as I informed the Engelmayer that Silverman will not redo the bail hearing and present the US Marshals report (recorded). THE ONLY THING THAT I AM CERTAIN OF are the allegations that I have recorded and and PROVE. Nevertheless, I can never present the truth in front of Engelmayer and Swain because it appears Randi Weingarten is paying them, like Judge Marrero---let's be real, I have Silverman recorded AND Engelmayer attempted to tell my intent was not what Randi Weingarten did to me.

Please Take CLOSE Notice, Judge Donnelly had the GALL to tell me that a computer holds my intent and not me--- yes, she was on some Son of Sam shit when I told her that my lawyer told me that it is not my intent but that of the computer and Judge Donnelly said, "I could give you the same advice"--please read this shit as it was in May of 19. IT GETS BETTER, I waited UNTIL May of 2020 to give back the statement of computers have thoughts and she, NOW, had the PURE GALL to tell me that I was being disrespectful and playing games---this is on the links sent to the judges/AUSAs, but for sure it was sent to congress...Its on the transcript but the audios are the items that shows the intonation and inflection of the voice ---WAIT FOR IT, Donnelly is a Schumer judge and her memory came back, of Schumer, when I told her that Schumer's daughter and her daughter went to school together...I kind of felt like Moses parting the Red Sea (NOT!!! Just pointing out the facts)

Part 2: Removal of Silverman and Kellman from my case for actual conflict of interest, as my lawyers ADMITTED to be conspiring with Judge Engelmayer, Judge Cogan, and Randi Weingarten

I pray for the removal of Silverman and Kellman from y case as they labor under a conflict of interest with a biased judge.

In Andrew v. Kellman, 21-cv-8810, Judge Swain cited US v. Schwarz 283 F3d76 (2d. Cir. 2002), where the 2d. Cir. stated that actual conflicts "a defendant [must claim] he was denied his right to conflct-free counsel...need...to establish (1)an actual conflict of interest that (2)adversely affected his counsel's performance. There is a conflict of interest when Kellman promoted the intrulest of Judge Engelmayer to place me in mental institution because the judge told her (recorded), as she did not present any defense of innocent and Judge Engelmayer knew of her misconduct and laughed in my face while saying, "the judge will protect me, like Silverman." As cited in the petition (Celli v. Engelmayer) and for Celli v. Paul, please see petition or request the

Kellman has not informed the court that she is recorded telling me that she knew that there was no violation and I was RIGHT was the false report, perjury by Officer Lombardo, and subornation of perjury by AUSA Karamgious with the fact that she knew of Silverman's email that supported my position that Judge Engelmayer VERBALLY explained the special conditions. Immediate release is allowed under 28 USC sec 2241, see Peyton v Rowe 391 US 54, 88 S.Ct 1549, 202 Ed 2d 426 (1968). In act 28 USC 2241 provides the courts with broad discretion for relief that be be granted. See Carafes v. La Valle, 39 US 234, 88 S Ct 1556, 20 LEd 2d 554

Part 4 Crimes by Engelmayer, Karamigous, Silverman, Kellman and Lombardo which have been charged by the DO. and this is my criminal complaint too

1) Lombardo wrote a false report, which Engelmayer, Karamigous, Kellman, and Silverman all knew of this fact
2) Engelmayer, Karamigious, Kellman, Silverman deprived me of liberty without due process
3) Kellman and Engelmayer blocked Schumer, Amundson, Silverman, Randi Weingarten, and others from testifying
3) Kellman, Engelmayer, Karamigous, Silverman for being transported between state lines restrained
4) Kellman, Karamigous, Revelation for telling law enforcement of a crime
5) Silverman Intimidating my brother and mother for report a crime
6) Engelmayer, Silverman, Randi Weingarten, Judge Cogan, and AUSA Karamigous depriving me of a fair trial based on the facts, as Engelmayer intimidated me with Karamigious being a witnesses and then had Silverman intimidate me because Silverman said Engelmayer threatened him with disbarment with Silverman admitting that he did not do his job because of Randi Weingarten and Judge Cogan.
7) Kellman not informing the court that AUSA Karamigous, Silverman, and Lombardo conspired to fabricate a violation, but she also said that Engelmayer told her what to do
8) Silverman did not docket my motions to perverse my appeal issues, like structural error because he conspired with Randi Weingarten and Judge Cogan
9) Engelmayer conspired with Silverman by allowing him to commit crimes for Randi Weingarten and Silverman conspiring with the judge, as the Silverman hid the fact that Engelmayer practiced law on April 6, 2021. 28 USC sec 454
10) Kellman conspired with Engelmayer to help the judge hide the fact that the judge lied about his association and conspired with Randi Weingarten, Silverman and Judge Cogan.

Please Take Notice, I received a letter from DOJ based on facts present above that stated "uncharged crimes" by the DOJ's Exc. Office and I have over 80 DOJ personnel telling me that I did not have fair trial and/or crimes were committed