FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: criminal complaint: Silverman
DATE: 09/10/2022 11:14:46 AM

Hon. Bloom tee
Hon Kom tee


SEP 23 2022
PRO SE OFFICE

Dear Chief Judge Livingston, Judge Engelmayer, Judge ____, IG Horowtiz, AG Garland, DAG, AUSA Amundson, AUSA Peace, AUSA Trowel, Officer Lombardo, Ms. Kellman and Mr. Silverman

Re: Criminal complaint for Obstruction of Justice by Kellman and Silverman: Kellman and Silverman are obstructing justice by not informing the court and the chief judge of the circuit OF THEIR KNOWLEDGE (recorded) as to subornation of perjury by Karamigous, perjury by Officer Lombardo, denied me access to the court docket by Silverman (missing motions prior to sentencing) and Silverman intimidating my brother and mother from not reporting his crimes to the AUSA Amundson and my mother from getting a lawyer WHO IS NOT conspiring with Judge Engelmayer, Judge Cogan, and Randi Weingarter --their words and recorded!!!

I am writing the Court and the DOJ to inform them of the criminal conduct of Kellman and Silverman, as they have denied me liberty without due process for Engelmayer/Cogan/Weingarten because it is retaliation for exposing and sending audios to congress, according to Kellman with Silverman intimidating my brother from not emailing AUSA Amundson about Silverman's crimes against me and intimidating my mother from obtaining a conflict-free counsel, who will filing the needed motions for prosecutorial misconduct/government misconduct of knowingly using a law enforcement report that is not based on how the special conditions were explained to me by Engelmayer on July 20, 2021 and the judge's approval of my filings (underlying violations)

Part 1: No Violation/Illegal Detention/conspiracy with the government and Engelmayer, Weingarten, and Cogan (my lawyers' words and NOT MINE)
1) Silverman lied to probation about the fact that he did not review the documents, when he did and he told me that is what he told probation, but probation wrote something else--recorded
2) Silverman's email tells probation that his only job was to review for threats--which is what Engelmayer said on July 20, and Dec 1 of 2021, but Lombardo took the stand and said approve the merits of documents
3) Kellman was told about the fact of Silverman's email with the fact that the judge said that the lawyer reviewing the documents does not review for the merits because that would make the lawyer my civil attorney.
4) Kellman was told that what the judge said on July 20, 2021 and to obtian the transcript for July 20, 2021 and the fact Engelmayer approved my filings (the violations) on Dec. 1, 2021, as I informed the judge about the fact that I was submitting a rule 60 motion pursant to Full and Fair Credit Clause because the HIGHEST court in NYS state said arbitration decisions are enforceable (before Cogan, as he wrote the brief) and the court below the highest court in NYS stated that oral contract is enforceable if it is placed in an email (basically)
5) Kellman was informed and provided the information of Karamigious/Bensing misconduct and the fact that the IG and DOJ personnel confirmed her misconduct with the 2d. Dept telling me disbarrment
6) Kellman was informed that Silverman committed crimes against me, like not placig my motions on the docket which was told to me by AUSA Shaw
7) Silverman and Kellman was told to motion the court to have government check the violation report because it does not match what Judge Engelmayer told me, which makes it a false report AND this was emailed to Lombardo and his supervisiors
8) Kellman was informed that the above was sent to AUSA Amundson and Ms. Kopplin of the Senate Ethics Committee
9) Kellman was told in an email, via my brother, and over zoom (recorded and approved by Lombardo) what witnesses were needed to prove the misconduct (criminal really) of Silverman, Karamigous, and Lombardo, which were, for example, Amundson, Kopplin, Shaw, Gold, Randi Weingarten, Cogan, and others that relate to Silverman's statements to me and/or the violation
10) Kellman's admitting that she was conspiring with Engelmayer was sent to over 100 plus judges and AUSAs with 2 judges answering me (not automated responses--which I have many of those from AUSAs or federal judges-- but REAL answers)

Please Take CLOSE Notice, Kellman is recorded telling me, after the violation hearing, she did what the judge wanted, she knew there was no violation, I was right about everything (paraphrasing), the judge knew of her misconduct, the judge would protect her and the judge would not allow her to call witnesses or present any evidence that would have shown there was no violation

Please Take FURTHER Notice, Silverman was present on the steps of the courthouse and I guess they still believe that I did not have a recorder on May 4, 2022 because the US Marshals, who searched me, did not find one on me or in my bag--but it was in Kellman's hand

Please Take EVEN Further Notice, my lawyers statements show that they are conspiring with Engelmayer (Kellman , "the judge told me that my only job ....mental insitution) and Silverman said (because he thought he was ABLE to speak freely in the courthouse--lol) that he did not do his job because of Weingarten/Cogan.

Part 2: Silverman's crimes and the reason for intimidation of my brother and mother
1) Silverman lied to me that he docketed my motions, like structural error for choice of lawyer which is depriving my 1st Amendment right to petition the government of my grievances and access to the court, which is a crime and the DOJ has charged this criminal conduct under 18 USC sec 241, as he admitted to conspiring with Wiengarten and Cogan
2) Silverman intimidated me into a guilty by threatened me jail time because he would not present my intent or obtain evidence of my intent and he blamed his conduct upon Engelmayer for theatening him with disbarment--recorded
3) Silverman told me in the courthouse that he did not write motions or obtain evidence or inform the court of the misconcut of the prosecutor because of Weingarten and Cogan--recorded
4) Silverman emailed my brother, without permisson and he was told in April of 2022 NEVER to contact my family again--in an email and recorded,