*[Handwritten annotations: Celli v. Engelmayer / 22-CV-07646 / Dear Hon Bloom / Hon Komitee]*

*[Stamp: RECEIVED SEP ?? 2022 PRO SE OFFICE]*

Subject line: criminal complaint of Kellman/Silverman with clerks of SDNY

Dear Judge Engelmayer, Clerk Palmer, Clerk Kirjack, Officer Lombardo (and his supervisors) and AUSA Amundson,

(first name, lookup)_palmer@nyed.uscourts.gov and check name for kirjack @nysd.uscourts.gov

RE: Criminal complaint for Kellman/Silverman for not informing the Judge Engelmayer that no violation occurred with Kellman admitting to conspiring with Judge Engelmayer (audio sent out) and Silverman admission to colluding with Randi Weingarten and Judge Cogan (audio may be may have been included) with their knowledge that the clerks of SDNY/EDNY intentionally not docketing motions, taking off letter of Silverman's intimidation of my mom, and discarding my signature page

I write this criminal complaint to AUSA Amundson, while I also informing Judge Engelmayer of the facts, because Ms. Kellman has not informed the court that she is recorded telling me that she has knowledge of a false report was used against me, perjury of Officer Lombardo and subornation of AUSA Karamgious with the knowledge that Mr. Silverman lying to probation to obtain the violation and my deprivation of liberty.

Please Take Notice, Kellman, Perez, and Officer Lombardo with his supervisors are required to report criminal activity with statute being 18 USC sec. 4

Part 1: Kellman
1) Kellman was recorded prior to May 4, 2022 with audio sent to 200 federal judges (2 judges answered me) and AUSAs and after the violation hearing.

Please Take Notice, Kellman is recorded telling me that no violation occurred and blamed Judge Engelmayer for not calling witnesses, presenting evidence, or providing me a defense that I did not violate any special conditions, which are all crimes, if what Kellman stated is true, under 18 USC sec. 241 (leading case is Imber v. Patchman) or obstruction of justice if there is no evidence of collusion, but Engelmayer's statement of "there's no need for Kellman to review the record because I told her what she needed to do," which is "the judge told me to make sure that you are placed in a mental institution" by Kellman and both statements were included in the links to the judges and AUSAs (labeled as Kellman and March 8)--the statements together create the appearance of collusion and I do realize that these facts would be for a jury to decide.

Please Take FURTHER Notice, Kellman is recorded telling me that I was right about the lies told by Lombardo, Karamgious knew of the lie, and the false report

Please Take EVEN Further Notice, Kellman is aware of the fact that she MUST disclose publicly the fact that I have alleged a conspiracy between she and Judge Egnelmayer, which the clerks of EDNY are hiding from the public

In fact, Kellman must disclose that a criminal complaint was made against her and the reasons for them AND publicly as my complaint is based on recorded statements made by Kellman to me and some in front of Silverman, which creates an obligation to inform the court, 2nd Dept of NYS, and the AUSAs of EDNY and SDNY

Part 2: Silverman

1) Silverman and I have MANY, MANY conversations audio recorded.
2) Silverman is recorded telling me that he conspired with Randi Weingarten and Judge Cogan because he intimidated me for them and did not do his job for them
3) Silverman intentionally obstructed justice by not docketing my motions (structural error and others, which Kellman, Perez, and Clerk Fin know about)

Please Take Notice, I have AUSA Shaw telling this is a crime and DOJ's Exc. Office telling me this is a crime
Please Take FURTHER Notice, there are numerous criminal convictions when a defense lawyer INTENTIONALLY did not docket motions to undermine a defense, but criminal convictions did not create a right and my opinion is worthless, but that of AUSAs telling me Silverman committed a crime is gold!!

4) Silverman obstructed justice by intimidating my brother and mother into not helping by reporting his crimes
5) Silverman claimed that Judge Engelmayer threatened him if he presented my intent which is the reason he obstructed justice
6) Silverman placed doc. nos. 248 and 249 under seal and ex parte, which was he was supposed to do with my motions, like structural error for choice of lawyer.

Please Take Notice, missing from 19-cr-127 is Silverman's email to me, which is the same statement the BOP has of my mom telling me what Silverman said to her, is him telling me that I will not have freedom if I continue to email judges, prosecutors, and government agents, which is classic intimidation under sec. 241 and obstruction of justice

Please Take FURTHER NOTICE, Silverman is supposed to inform the court of his misconduct that is criminal in nature according to AUSA Shaw and others

If there is evidence to support Silverman's statement to me about conspiring with Randi Weingarten and Judge Cogan, then it is a crime under 18 USC sec. 241 because Silverman denied me a fair trial, witnesses, reporting crimes to law enforcement

Part 3: 04646 (EDNY) 06542 (SDNY) and 06535 (SDNY)--Celli v. Engelmayer have missing documents with 19-cr-127

The clerks of EDNY and SDNY have intentionally helped cover up the crimes of Kellman and Silverman by hiding the motions with other motions--as there I did not send in a motion that is 92 pages but I sent in numerous motions that each outline a crime or taking off motions, like the one about Silverman

Please Take Notice, the above-referenced petitions were only docketed after my brother informed AUSA Amundson

The petitions were docketed in DC and Supreme Court and I reviewed answers too in June of 2022 and there were motions placed in SDNY cases which were together with the petition, but only, for example, the motion in 21-cv-10455 making it on the docket on 6-14-22

The clerk intentionally took out my signature to delay the process or deprive me access to the court, which is a crime under sec. 241, obstruction of justice, and a statute that is used against clerks for this type of conduct

The SDNY Clerk sent a letter that the petition was already received prior to July 15, 2022, but still has a docket date that is after Aug

Silverman colluded with the clerk's office to have them docket and then he printed it out and then it was approved by Judge Swain and voided by the clerk

The petitions had my signature because I uploaded it myself and my brother has a power of attorney

The SDNY clerk wrote that they mailed me the petition to sign with IFP application here at FMC Lexington, which they did not

The EDNY clerk wrote that they sent me an IFP application to be signed, but the fee for 28 USC 2241 is 5 dollars and the court fees are nationally set. PLEASE TAKE NOTICE, the BOP released the funds already for Celli v. BOP (I do not have the case no this case)

Criminal complaint against Tiffany Lee and Wieslawa Mucha, as they group motions together instead of placing each motion separately.

In 19-cr-127 the following are either mislabeled or grouped together to hide the motions that show criminal activity of Kellman and Silverman

Doc. nos. 246, 247, 250, and 251...the documents were also sent to AUSA Amundson ...major problem is the fact that clerks wrote "reconsider" but Judge Engelmayer NEVER heard/read the allegations until they were placed aforementioned doc. nos.

Francis Piper corrected her criminal conduct after I informed Chief Judge Katzman for the same conduct being done by Clerk Lee and Clerk Mucha
I declare under the penalty of perjury that aforementioned statements made pursuant to 28 USC sec 1746

Celli v. Engelmayer
22-cv-04646

Dear Hon Bloom
Hon Komitee

Dear Chief Judge Livingston, Judge Engelmayer, Clerk Palmer, Clerk Lee, Ms. Kellman, Mr. Silverman, Mr. Perez, Officer Lombardo and AUSA Amundson:

I sent the DOJ a criminal complaint, as the DOJ does not accept email criminal complaints--from Pret Bharra (sp?), I forwarded the most of the motions/letter that Clerk Lee-Harris and Clerk Latka-Mucha are hiding from the public because I sent in many motions.

Please Take Notice, that doc. nos. 250 and/or 251 (I do not know if they were put together) should have had 18 individual entries, but for sure, doc. no 251 states letter to AUSA Amundson and I believe it should have been a letter to Clerk Palmer as well--I cannot see what was entered and I have written only to him, so I do not know but there is a letter to Palmer/Amundson and 18 documents.

I have the tracking number if anyone wants it 7022 0410 0002 3373 4318

I have made many requests from my lawyers and they do not communicate with me, like did they inform the court about the illegal conduct of government and how Kellman and Silverman supported (conspired with)

I have informed my lawyers that they have the obligation to inform the court of the allegation that they conspired with Judge Engelmayer, Judge Cogan, and Randi Weingarten with the misconduct of Clerk Lee/Clerk Latka (I did not know their names until Lee sent me the docket sheet)

The clerks of the district are supposed to forward my complaints to the CJA judge of the 2d. Cir. I would like the clerks to know that I recorded the pro se clerks in Jan of 17, where they talked about Judge Cogan providing legal advice to me---which I have AUSAs recorded telling me...no need for that now

Again, the allegations are (some examples)
1) Kellman admitted to conspiring with Judge Engelmayer and the fact that there was no violation with fact that she did not do her job of providing me a defense or anything because of the judge
2) Silverman admitted to conspiring with Judge Cogan and Randi Weingarten
3) Silverman obstructed justice by not docketing my motions and helping the clerk that took down doc. no 128 because he said they were placed on a private docket
4) Kellman obstructed justice by not presenting evidence of no violation or calling witnesses, like AUSA Shaw to prove Silverman committed a crime against me for Cogan/Randi like not docketing my papers
5) Perez knows that Silverman obstructed justice because he was the FIRST to tell me that my motion structural error was missing and the fact that I rescinded my guilty plea based on intimidation by Judge Engelmayer and Silverman

Also, I will be sending in another criminal complaint to the DOJ via paper against Lee/Latka because they are not maintaining a accurate docket

then, I need the name of the clerk or clerks who docketed Celli v. BOP, as court fees are all the name and the fund were released by the BOP already and Celli v. Engelmayer as it was uploaded in June and sent in July but has a docket date after AUSA Amundson was informed, which is a crime and I want to file a criminal complaint .

Remedy

Removal of Kellman and Silverman with sanctions