FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael
SUBJECT: Letter 2
DATE: 09/15/2022 10:49:39 AM

*Celli v. Engelmayer*
*22-cv-04646*

*Dear Hon Bloom*
*Hon Komitee*

*RECEIVED SEP 3 2022 PRO SE OFFICE*

Dear Chief Judge Livingston, Judge Engelmayer, Clerk Palmer, Clerk Lee, Ms. Kellman, Mr. Silverman, Mr. Perez, Officer Lombardo and AUSA Amundson:

I sent the DOJ a criminal complaint, as the DOJ does not accept email criminal complaints--from Pret Bharra (sp?), I forwarded the most of the motions/letter that Clerk Lee-Harris and Clerk Latka-Mucha are hiding from the public because I sent in many motions.

Please Take Notice, that doc. nos. 250 and/or 251 (I do not know if they were put together) should have had 18 individual entries, but for sure, doc. no 251 states letter to AUSA Amundson and I believe it should have been a letter to Clerk Palmer as well--I cannot see what was entered and I have written only to him, so I do not know but there is a letter to Palmer/Amundson and 18 documents.

I have the tracking number if anyone wants it 7022 0410 0002 3373 4318

I have made many requests from my lawyers and they do not communicate with me, like did they inform the court about the illegal conduct of government and how Kellman and Silverman supported (conspired with)

I have informed my lawyers that they have the obligation to inform the court of the allegation that they conspired with Judge Engelmayer, Judge Cogan, and Randi Weingarten with the misconduct of Clerk Lee/Clerk Latka (I did not know their names until Lee sent me the docket sheet)

The clerks of the district are supposed to forward my complaints to the CJA judge of the 2d. Cir. I would like the clerks to know that I recorded the pro se clerks in Jan of 17, where they talked about Judge Cogan providing legal advice to me---which have AUSAs recorded telling me...no need for that now

Again, the allegations are (some examples)
1) Kellman admitted to conspiring with Judge Engelmayer and the fact that there was no violation with fact that she did not do her job of providing me a defense or anything because of the judge
2) Silverman admitted to conspiring with Judge Cogan and Randi Weingarten
3) Silverman obstructed justice by not docketing my motions and helping the clerk that took down doc. no 128 because he said they were placed on a private docket
4) Kellman obstructed justice by not presenting evidence of no violation or calling witnesses, like AUSA Shaw to prove Silverman committed a crime against me for Cogan/Randi like not docketing my papers
5) Perez knows that Silverman obstructed justice because he was the FIRST to tell me that my motion structural error was missing and the fact that I rescinded my guilty plea based on intimidation by Judge Engelmayer and Silverman

Also, I will be sending in another criminal complaint to the DOJ via paper against Lee/Latka because they are not maintaining a accurate docket

then, I need the name of the clerk or clerks who docketed Celli v. BOP, as court fees are all the name and the fund were released by the BOP already and Celli v. Engelmayer as it was uploaded in June and sent in July but has a docket date after AUSA Amundson was informed, which is a crime and I want to file a criminal complaint.

Remedy

Removal of Kellman and Silverman with sanctions