TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO:
SUBJECT:
DATE: 09/18/2022 12:47:37 PM

Celli v. Engelmayer et al
22-cv-04646 (EDNY)

Dear Judge Komittee and Judge Bloom

Re: There are motions that I could directly docket in this case or this Court could look in 19-cr-127 (doc. no. 246 and up) with I am ok with Judge Bloom hearing the injunction because she has the email with the audio links

I write the Court to inform it that there are motions sitting on 19-cr-127 that apply to the above-referenced caption no. because I also sent them to 22-cv-06542 and 22-cv-06535, but they were not docketed yet and they are playing games.

Please notify me if this court requires me to submit the actual motions/letters to this court or they could look at that docket

Lastly, I consent to allow Magistrate Bloom to hear this cause of action because I know for sure she received my email on June 14, 2022 because I have an automated response from her in 2018.

Thank You,
Lucio Celli