TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

EDNY
Celli v Engelmayer et al
22-cv-04646

RECEIVED
SEP 2 2022
PRO SE OFFICE

FROM: 91241053
TO:
SUBJECT:
DATE: 09/18/2022 11:44:44 AM

Celli v. Engelmayer et al 22-cv-04646

Dear Judge Komittee and Judge Bloom:

Re: Motion for the clerk to issue summons and for the US Marshals to serve the petitions with issues of the clerks and a request to have a copy of the docket sheet be mailed to me--if allowed and if possible

I write the Court to ask the clerk to issue summons in 22-cv-04646 and I motion for the US Marshals to serve the petition upon the named Defendants in the caption.

I am also enclosing a copy to deduct funds from my inmate account is my IFP application is not accepted, as I do not know

Thank You,
Lucio Celli

cc:
I am sending a copy of this motion and everything enclosed to DOJ because Clerk Bowens did the following

1-recieved my petition for writ of habeas corpus on 9-2
2-docketed the writ on 9-9 as the date of the letter
3-the letter only provides me with 14 days and I got the letter on 9-16
printed out the docket sheet on 9-12
4-Mailed out the IFP application and withdrawal of funds on 9-13

I see this as an issue and I know it is a crime under 18 USC sec. 241, as I have other clerks audio recorded in the EDNY and they are editing the docket for 19-cr 127 because doc. no 128 is missing (not done by Bowens)--the issue in EVERYTHING is Judge Cogan and how he used his office for his former clients the UFT--but Judge Blooms knows this and the question is whether is reported or not

I do have Clerk Young committed a crime by AUSA Gold and Wolfe