FROM: 91241053
TO:
SUBJECT:
DATE: 09/19/2022 06:50:52 AM

3 pages w/ a copy sent to the DOJ
please don't throw ☒ these pages away, as this has been a problem

Celli v. BOP (Central Office) (EDNY)
~~[redacted]~~ if motion is granted, then it will be captioned as "Celli v. BOP (Central Office)" ~~[redacted]~~

Dear Judge Komitee, ~~[redacted]~~ and Judge Bloom:

Ms. Bowens informed me that the signature page is missing (8 of 8 of ~~[redacted]~~'s template or page 20 of 20 of my petition) that EDNY did not get, but I sent in a photo copy of the petition already docketed in ~~[redacted]~~ which is, at the moment, ~~[redacted]~~ and if my motion is granted, it will be changed to the same caption that EDNY has at the moment.

Please Take Notice, ~~[redacted]~~ because ~~[redacted]~~ I want the remedy of removal of current CJA lawyers with other remedies. Although I submitted a motions for such a remedy, I require these remedies in whole because I have not had a conflict free lawyer and Judge Engelmayer will continue to ignore all the wrongs that have occurred, thus far.

~~[redacted long strikethrough]~~ labeled it, but each "correspondence" has a label of either letter or motion.

Please accept this typed-out signature page of my petition, as commissary is closed and I used up my current copy cards.

VI Previous Litigation

Have you filed any previous lawsuits related to your present claims(s)? (YES) or NO

Name and Location of Court: SDNY and EDNY

Case nos. 22-cv-06535, 22-cv-06542, 22-cv-0233(?), 21-cv-10455

Nature of suit: Injunction

Grounds for Relief: Denial of fair trial/unfair hearing/ineffective assistance of counsel/biased judge/biased tribunal/false report/collusion between my lawyers and judges/government agents

Result: Closed or pending

VII Request for Relief and verification

Wherefore, Petitioner prays that the Court grant him the following relief:
1) Release due to illegal detention, fraud upon the court, collusion between Judge Engelmayer, Ms. Kellman, AUSA Karamigious, Officer Lombardo, Judge Cogan, Randi Weingarten, and Mr. Silverman, as Kellman and Silverman admitted to conspiring with judges with Silverman knowingly lying to Officer Lombardo and Lombardo knowing it too
a-was not allowed to call witnesses,
b-was not allowed to present evidence
c-was not allowed to play audio of my lawyers admitted to conspiring with Judge Engelmayer, Judge Cogan, and Randi Weingarten
d-Judge Bloom, for sure, and Judge Komitee have the audio where Kellman said: "the judge told me that my only job was to make sure that you are placed in a mental institution" (labeled as "Kellman" link) with the audio of Kellman telling me that she did not review any documents sent to her (the outline is in the emails to the judges and case no.____) that was sent to AUSA Amundson (DOJ's Officer of Public Integrity) with other members of his office and Ms. Kopplin (General Counsel for Sen. Ethics Committee) with my lawyers and Officer Lombardo as well, and Judge Engelmayer statements: "I called Ms. Kellman especially for you" and "There's no need for Ms. Kellman to review the record because I told her what she needed to do to"--I declare this under the penalty of perjury pursuant to 28 USC sec 1746
2) Not allow the court to access psychological report written by Dr. Wentowski because the order was illegally obtained
3) Force Dr. Wentowski to correlate my statements to her conclusion, as she said it was "best practice" with the fact I have an AUSA saying it could be a crime (for Dr. Goldsmith) with NYS lic.'s board saying it is misconduct not to correlate statements to

RECEIVED SEP 23 2022 PRO SE OFFICE

conclusion (for Dr. Goldsmith)
a-I have Dr. Goldsmith's and Dr. Rosenflied's session audio recorded
b-I do not have Dr. Barday's session recorded because I was in prison
c-I requested to have my sessions recorded, which Judge Bloom and Judge Komitee have knowledge, as I have an automated response from Judge Bloom
3) The removal of Ms. Kellman, Esq.. and Mr. Silverman, Esq.. as my counsel because they labor under a conflict of interest (under Cronic) and the 6th Amendment, according to Cronic, when a lawyer labors under a conflict of interest, then the defendant is denied a fair trial and lawyer--please see case
4) Sanctions against AUSA Karamigous and AUSA Bensing for suborning perjury, as she was aware of how Judge Engelmayer explained the special conditions, hiding and lying about her waiver (which Judge Bloom was a former AUSA and knows what I am speaking about--Exc Order) because she has blocked me from petitioning the court for her removal under Admin. Procedure Act and Gov't Ethics Act of 1978 with Exc Order, lying about Fed. Rul. of Evid (opposing side--see Injunction before Judge Bloom/Judge Komitee), conspiring with Silverman, and all other issues of misconduct that I have written about and received a letter from the IG's office
5) Sanctions against Kellman for not being prepared for May 4, 2022, not putting in a motion for false report, not putting in a motion for mandamus based on biased judge (allowed Silverman to commit crimes against me--per AUSA Shaw & and others) and lying about his association with Sen. Schumer--misconduct according to Mr. Geyh (see Judge Portoeus's impeachment trial)
a-most importantly, I require Kelman to be removed from my case because she was audio recorded, with the recording being sent to over 200 federal judges and AUSAs, telling me that she conspired with Judge Engelmayer, as the judge "told" her what to do
b-not informing Judge Engelmayer that she knew that there was no violation, she knew Officer Lombardo lied in the report and on the stand, and AUSA Karamigious knew of Lombardo's conduct
c-not informing the Court that criminal complaint that I filed against her
6) Sanctions against Silverman for lying to Lombardo (recording telling me that he approved of all filings and Lombardo telling me that Silverman "wrote" that he did not approve the filings), impeding me from accessing the court (filing documents), impeding me from filing criminal complaints (about the illegal detention in 2018/2019) with denial of retro money because it was planned by Judge Cogan and Randi Weingarten--as I got a letter before my arrest from my employer because my employer (since I am a school teacher) only gets informed of an arrest once I am fingerprinted, did not docket 40 motions to perverse my rights before district court and the court of appeals (like structural error for choice of lawyer), and for admitting that he did not do his job because of Randi Weingarten and Judge Cogan.
7) Sanctions against Officer Lombardo with his supervisors because he was informed that Judge Engelmayer explained each special conditions on July 20, 2021 and approved my filings on Dec. 1 2021 for two documents that there purpose was to reopen closed court cases under Fed. Civ. Rul and Pro 60 on the grounds of Full and Fair Credit Clause was denied to me, as the highest NYS court ruled on issues (prior to them being closed) and the issues were pleaded but I never raised the Rule tort of Full and Fair Credit to the filing of rule 60 for fraud upon the court, the officer knew of transcripts, lied to the judge about what I wanted him to do with my audios (Lombardo told the judge that I wanted the officer to investagate him vs. I wrote forward the audios to Chief Judge Livingston, which AUSA Amundson and Ms. Kopplin were cc'ed on), knowing submitted a false law enforcement report to deprive me of liberty, and perjured himself about the special conditions to deprive me of liberty
8) Sanctions against AUSA Bensing/AUSA Karmigious for covered up the criminal conduct of Judge Cogan--as over 30 DOJ personnel and a letter from DOJ saying that the said judge committed a crime for his former clients the UFT with ever borderline IQ students knowing it too, covered up Betsy Combier's crime of using her nonprofit foundation to harass and evade taxes, and deprived me of liberty as each knew that I did not violate any special conditions and the officer lied in the report and on the stand
9) To have Dr. Wentowski provide me a copy of the evaluation given to me directly, as false reports have been used against me and Dr. Wentowski already told me what she will recomend (just outside therapy) and I would be a care level 1 within the BOP (only if I request therapy)

Part 2
A- Judge Komitee and Judge Bloom, I motion to have my EDNY 28 USC sec 2241 petition to be hear by Judge Weir, as some the underlying issue stem from Judge Bloom's courtroom as she allowed Mr. Tand to rob me of 5000 because she did not allow me to play my audio of him, like Judge Engelmayer.

Please Take Notice, Judge Bloom and Judge Komitee (if he happened to be a judge in 2018--that is the email list that I used) received my emails on June 14, 2022 with audio links

B-I request that Judge Komitee disclose which senator recommended him to the bench, as I will request recusal if the senator is Sen. Schumer

C- I know that prior lawsuit is NOT a reason for recusal--there is a recusal handbook put out by the Federal Judicial Center, but the appearance of impropriety is and Judge Bloom allowed Jonathan Tand, esq to rob me of money because only 4,000-something was used, but Mr. Tand told Bloom 18,000 and I told Bloom that I had audios, which Officer Lombardo has at the moment (see 28 USC sec. 455) WITH the fact that Mr. Tand did not want to plead the arbitration decision and one of them was written by Judge Cogan for the UFT and Judge Cogan worked for Strook and Strook negotiated (continues too) the CBA for the UFT

Part 3
Judge Weir was sent copies of my motions/letter, but Judge Bloom and Judge Komitee can access the same documents in 19-cr-127. However, if Judge Bloom and Judge Committee require me to submit them, then I will do so

Part 4
I believe that 22-cv-_____ is not needed in EDNY because ~~~~ now has jurisdiction. Therefore, I will withdraw the petiton that is in EDNY pursuant to 28 USC sec 2241 and maintain 22-cv-04646 that is already started for injunction for illegal detention. I paid the 5 dollars, so EDNY please return the money

Part 5;

I would like the Court of EDNY to know that everywhere else for a petition for 28 USC sec. 2241 is 5 dollars and I submitted a copy of "request for withdral Inmate's Personal Fund with encumbrance no. 2539, which 5 dollars already deducted has been. THEREFORE, I request an answer as to why I am being "charged" a different amount.

I declare under the penalty of perjury that the foregoing is true and correct pursuant to 28 USC sec 1746 and mailed a copy to BOP Central Office

Thank You

Lucio Celli
_____
Lucio Celli

My address @ the moment is
FMC Kentucky
P.O. Box 14500
~~Kentucky, KY~~
Lexington, ~~KY~~ KY

Dated
9/19/2022

~~19-cr-127~~ cr-EDNY

BOP Central Office
~~320~~ 320 1st Street, NW
Washington, DC 20534

Please note Fed Civ RS provides ECF counts as service