FMC Lexington
P.O Box 14500
Lexington, KY 40512

EDNY
SEP 23 2022
PRO SE OFFICE

BOP Central Office
320 1st Street, NW
Washington, DC 2053?

A copy of this motion sent via Mail and ECF
Copy sent to DOJ

~~22-cv-~~_____ (~~...~~) (Writ of Habeas Corpus/28 USC sec. 224)

Celli v. Engelmayer et al 22-cv-04646 (EDNY) (Injunction/42 USC sec 1983)

Celli v. BOP 22-cv-_____ (EDNY)

USA v. Celli 19-cr-127 (EDNY)

← Place in all 3 dockets, please

Dear Judge Engelmayer, ~~Judge Komitee~~ Judge Komitee, and Judge Judge Bloom

RE: Motion the Court to have Dr. Wentowski provide me with a hardcopy because false reports were used against me (I have audios still to provide the misconduct of the US Marshals and Officer Lombardo) because Ms. Kellman said: "the judge (Engelmayer) told me that my only job was to make sure that you are placed in a mental institution and Dr. W told me that I am care level 1 for psychological needs at the BOP. and outside weekly therapy

I write the Courts to motion them to have Dr. Wentowski provide me with a hardcopy of her evaluation report. At this point, I do not trust Judge Engelmayer because of:

1) Engelmayer said: "there's no need for Ms. Kellman to review the record because I told her what she needed to do" and "I called Ms. Kellman especially for you" with singing her praises statements and these can be found in the audio links labeled "March 8, 2022"
2) Kellman said: "the judge told me that my only job was to make sure that you are placed in a mental institution" which is labeled "Kellman" in the audio links

Judge Engelmayer acknowledged the receipt of the emails with link in the order to surrender and I have automated response from Judge Bloom.

Part 1:
I did not violate the specifications listed in the violation report and I asked Judge Engelmayer for safeguards because of Silverman's misconduct, as he did not docket three letters (with 40 other motions prior to sentencing) and lied that he placed them on a "private docket and under seal." Please Note, I have Clerk Fin, and Perez informed me that my motions are not part of the record with Perez, Fin, and Kellman telling me that there is no such thing as "private docket"

Please Take Notice, Kellman and Silverman (with Officer Lombardo and over 90 plus AUSAs--Amundson) were told about false report, and Engelmayer explained the protocols for submitting filings to the Court on July 1, 2021 and in the emails, I point to case laws that explained if the transcripts are MORE DETAILED than the written special condition; then, the transcripts is what the Court must follow and Engelmayer approved the filings for rule 60 pursuant to Full and Fair Credit Clause on Dec. 1, 2021

Please Take FURTHER Notice, I was not allowed to present the above-referenced facts on May 4, 2022 because Kellman impeded me and she stated, after the hearing, that the judge (Engelmayer) knew of her misconduct and the judge told her what to do--recorded and not sent

Part 2: Previously used false report and not being allowed an opportunity to make a record with audio evidence by Engelmayer/Silverman

As the Courts now have a few of my audios, the court is aware that I truly audio record my conversations. I repeatedly informed Judge Engelmayer and Judge Bloom (both in different cases, but the underlying issue is Randi Weingarten).

Judge Engelmayer ignored the fact that he received emails from me in 2018 about the US Marshals with the facts NOT written in the report. Then, he allowed AUSA Karamigous to lie about how the US Marshals' statements are not opposing side statements under the Fed Rules of Evidence prior to sentencing, but there is a motion, after sentencing, on this misconduct that the IG's office issued a letter saying it is misconduct. MOST IMPORTANTLY, this misconduct motion was never docketed by Silverman with his lie of it being placed on the private docket.

Judge Engelmayer allowed Officer Lombardo to file a false report, as the judge knows that he explained the special conditions on July 20, 2021 and approved my filings on Dec. 1, 2021. PLEASE NOTE, even if the judge forgot to review the transcripts, at this point and after the email in June, he now knows that I am being held illegally based on false report. YET, Engelmayer is also recorded saying that Kellman was not to review the record and Kellman is recorded telling me that she did not do anything to prepare for the violation hearing on May 4, 2022. THEREFORE, the conduct of Engelmayer and Kellman was intentional with said conduct being suited for an action under 18 USC sec 241 because I was denied liberty without due process, which I cited the leading case of "Imber v. Patchman."

Part 3: Engelmayer statement of "you will not receive justice here."
Judge Engelmayer has kept his promise and the statement does, in fact, appear in the transcript because he has knowingly allowed Silverman to commit crimes against me, told Lombardo to not write the fact that Silverman impeded me from reporting a crime, the misconduct of the AUSAs, and all other issues that I have listed in 22-cv-04646

In an email to Chief Judge Livingston, which AUSA Karamgious placed under seal, I informed the judge that there is a recusal decision for current judge ignoring policies of the DOJ because the judge was a former DOJ employee with the decision coming out of the 2d Cir. and my lawyers not using it. Then, I informed the judge that there is misconduct opinion for the same stated reason under Judicial Misconduct and Disability Act of 1980. PLEASE NOTE, I know that just because there is a previous decision does not make it would occur again

Part 4: Appearance of Collusion between Randi Weingarten and Judge Engelmayer with less of an appearance for Judge Bloom
The underlying issues in the violation is based on Randi Weingarten, Judge Cogan, Betsy Combier, and etc. The following is a short list
Engelmayer
1) Egnelmayer told me what my intent was and was not on April 6, 2021 (Randi and etc.) with the document not docketed by Silverman, who is recorded, it might be in the links unlabeled, telling me that he did not do his job because of Randi and Cogan
2) Engelmayer calling me a lair without listening to the audio of Silverman
3) Engelmayer approved the filings for Betsy before (Masitmoto-Schumer judge) and Randi/UFT before Cogan
4) Engelmayer lying about his association with Sen. Schumer, calling me crazy and stupid for saying that Schumer had anything to do his judgeship, and me yelling at Engelmayer telling him that he needed to be ASHAMED for lying on the record because it is part of public record Schumer's statements of him with me telling Engelmayer about Judge Louderbach admitting to fixing cases for Sen. Shortbridge BECAUSE the senator got him his job as a judge, which was said during an impeach trial -recorded and sent to everyone labeled Oct. 16, 2020
4) I sent the AUSAs, not the judges because I forgot, a video of Sen. Schumer calling Randi his sister
5) Please look in 22-cv-04646 for the others ways Engelmayer helped Randi
6) I believe, but cannot prove, Egnelmayer said it was planned this way, but if it is not in the transcript, I am mistaken ...YET, please notice
a-NYCDOE (my employer) sent me a letter saying that I was arrested, health benefits terminated, and taken off of payroll on Nov. 19, 2018
b-Judge Cogan emailed for my arrest on Nov. 12, 2018
c- I was arrested on Nov. 14, 2018
d-I am a school teacher, therefore, I my fingerprints are on file with the state and my employer is only notified once I am arrested and fingerprinted
e-My employer, based on the facts, was informed prior because it was planned between Randi Wiengarten and Judge Cogan which Engelmayer knew because he said you will not receive justice here
f-AUSA Shaw said my lawyers committed a crime by withholding the US Marshals' report where they stated that I was nuisance and not a danger
g-Because of the report was withheld I was illegally detained and I have over 80 AUSAs with a letter from the DOJ saying that a crime was committed against..PLEASE NOTE, the same thing is happening now
Bloom
6) Allowed Betsy Combier to placed my HIV status on her nonprofit foundation with the document of how it is a crime taken down by the Clerks of the EDNY on case no 19-cr-127 at 128
7) Did not allow me to create a record of how Betsy threatened me for Randi
8) Did not allow me to create a record how Betsy and my lawyer Tand conspired for me for Randi, as Cogan one of the briefs
9) Did not allow me to play my audio of Tand's office manager telling me that the office only spent 4000 something of my 10000 retainer
10) Allowed Tand to lie about how much he spent on my case, which was 18, 000 and was going to order me to pay the difference if Tand wanted it and again...without allowing me to play me audio
11) Bloom was nasty, for no reason, about the Betsy issue (that's your problem) and Tand issue (waved her hand when I said I had an audio for tand)

Please Take Notice, Betsy played me an audio of Randi paying Judge Marrero (Schumer) 10,000
Please Take FURTHER Notice, I wrote that I wouldn't have Betsy in the room if I were paying anyone (basically), which I told Silverman about the AUSAs did not provide those emails along with emails sent to Engelmayer or others at SDNY
Part 5: In the email of June 14, 2022, I requested my sessions to be audio recorded because I have Psychologist recorded
I have my previous psychological exams all recorded, expect Dr. Barday and I can produce them for the Courts because I have said the same facts to each doctor. Judge Engelmayer has ignored my request because he has become use to being allowed to use false reports against with me not being prove what was actually said
I told Silverman that each report was written in misconduct according to NYS licensing board because the reports are missing the correlation between my statements and the doctors' conclusions. I believe, and continue to believe, that Dr. Wenrowski said that such conduct was misconduct, but has changed the statement to "best practice" because Silverman sent her an email.

Please Note, I have a male AUSA telling me that he would need to listen to the audios said to everyone because it could be a crime, as he agreed that it cannot be crime what Randi et al did to me and I bent reality, as I have audios to prove what my allegations

I believe that reports will be switched because Dr. W told me what she will recommend to the Court, which is therapy on the outside weekly and I would be a care level 1 for psy needs within the BOP

Part 6: Engelmayer wants me declared 'psychotic' according to Silverman and placed in a mental institution by Kellman

Now, everyone has access to what Kellman said to me, but I cannot provide an audio of what Silverman said because I was or my friend's phone. I would like to point, again, that Silverman is recorded telling me that he and Engelmayer have normal phone conversations without me and the AUSAs all the time because I caught Silverman lying about the fact that Silverman claimed that Engelmayer threatened him with disbarrment if he presented my intent.

Now, Engelmayer never said, in front of me, to have me placed in a mental institution. What any judge could hear in the Kellman audio and March 8th audio is me telling Kellman that the judge NEVER said mental institution, but he did not want to litigate the violation and wanted me to get the mental health treatment that I needed...this is what you will hear me and Engelmayer say on the audio

Moreover, Engelmayer, in addition, made a comment about the length of time to be mental health place on March 22, 2022 (labeled as March 22), which I do not remember the exact words, but I told Judge Engelmayer that I did not have an evaluation yet and he was not psychologist. Engelmayer, however, did answer me by saying: "I'll decide how long you will be there."

The above is all true and can be heard on the

Part 7: Nonconflict free lawyer
It is a violation of my 6th Amendment rights to have lawyer who labor under a conflict of interest, supports an interest of the Court, and all the other reasons cited in USA v. Cronic, which I sent everyone already (expect Judge Bloom and Judge Komitee, but it is on 19-cr-127 and ~~~~~~ or I can send it in, as I would like them to consider the issue)

200 plus AUSAs and federal judges have the audio of Kellman and maybe Silverman (which would be unlabeled). I know that Judge Engelmayer will not acknowledge the statement of Kellman because he already said that I was liar for what I claimed Sivlerman said

Please Take Notice, I told 128 judges that I declared under the penality of perjury that I have audios of Kellman and Silverman with other allegations under 28 USC sec 1746

Conclusion:
I have a real need to worry about the report being switched because Dr. W told me what she would recommend and do not have an audio to prove what she said AND Engelmayer has used false reports against me knowingly.

I know for sure that Judge Engelmayer will ignore this request and others, as that how he has treated me

Remedies Dr. W to give me a copy and my copy to my brother and the removal of Kellman & Silverman from my case w/ sanctions for obvious misconduct

Luci Celli

Dated 9/19/2022