Case 1:22-cv-04646-EK-LB Document 10 Filed 11/09/22 Page 1 of 19 PageID #: 290

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 09 2022 ★
BROOKLYN OFFICE

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

EDNY

USA v. Celli
19-cv-127

Celli v. Engelmayer
22-cv-04646

FROM: 91241053
TO: Celli, Gino
SUBJECT: Agenda
DATE: 10/20/2022 05:49:27 PM

Dear Chief Justice Roberts, Chief Judge Livingston, Judge Engelmayer, Judge Komitee, Judge Bloom, Judge Wier, AG Garland, AUSA Ragdale, AUSA Peace, DAG, IG, AUSA Amundson, Ms. Kopplin, DOJ Exc Office, and Ms. Kellman

Re: Motion to have a set agenda for 11/11/22

I write the Courts to have a set agenda for issues that need to be dealt with because my constitutional rights have been violated by various judges.

Part 1: Agenda
1) False Report by Officer Lombardo with perjury and subornation perjury by AUSA Karamigious with knowledge of said facts by Silverman and Perez
2) The non docketing of my motions, especially "my safeguard motions" "rescinded my guilty plea" and "my structural errors motions" by Silverman with the knowledge by AUSA Karamigious and AUSA Sasso
Please Take Notice, these motions are in 22-cv-04646 with certified return receipts on 21-1760 from congress and DOJ offices/personnel
3) Engelmayer lied about his association with Sen. Schumer and without stating for the record reasons not to recuse himself. PLEASE see Mr. Geyh's testimony in Judge Porteous' impeachment trial because according to his testimony, a judge is deemed biased, needs to explain the lie, and needs to recusal himself/herself because the public does not trust the judge to remain on the case
Please Take Notice, the audio was sent to 200 plus judges and AUSAs and labeled Oct. 16
Please Take FURTHER Notice, Engelmayer kind of corrected his lie on April 6, 2021 by saying that his association with Sen. Schumer is public knowledge (which I told him on Oct. 16 with shame on him), but NEVER explained for the record as required by the statute and by what Mr. Geyh testified too.
4) Kellman, cc'ed Kopplin, was informed of Mr. Geyh and to place a recusal motion on the docket and she never did so and she NEVER did a mandamus, either--which Shaw said was a crime for Silverman
5) Kellman and Silverman have knowledge of no violation and it appears that it was planned in June or July of 2021 when Silverman did not file my motions
6) AUSA Peace is accountable as he was emailed on the days leading to May 4, 2022 because he has allowed the misconduct of Trowel, Karamigious, Sasso, Bensing and others, which was planned this way
Trowel allowed Perez to present a false narrative to the panel of judges because the audios and files that the AUSAs of EDNY has, they were also sent to congress and upper DOJ officials

Engelmayer explained the special conditions on July 20, 2021 and I gave Silverman, Sasso, and Karamigous my objections/safeguard motion with the fact that Trowel has access to my audios of Silverman and Perez

Engelmayer DID NOT explain the new special condition on March 22, 2022 with Silverman getting up and saying: "Your Honor needs to explain the special conditions or the 2d. Cir. will remand it back for Your Honor to read them"

So, now even AUSA Ragdale with senators' aides know of the misconduct of Karamigious, Peace, Trowel and so on

Part 2: The Appearance of Impropriety

Engelmayer said: "there's no need for Ms. Kellman to review the record because I told her what she needed to do" (Labeled March 8)
Kellman said: "The judge told me that my only job was to make sure that you are placed in a mental institution" (Labeled Kellman)

The above statements were recorded and sent to 200 judges and AUSAs (Peace, Bloom, Engelmayer, and Amundson are listed above and I know that they, for sure, received my emails with the links) and they create the appearance of impropriety with the fact that this is a classic issue under Cronic because Kellman promoted the interested of Engelmayer over mine.

Part 3: Reasons to list Committee, Bloom, Weir on this motion

I do not care to write more than one motion when the issue can be presented to all three courts at once.

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

-----------------------------------------------------------------------------------------

Judge Wier has my 28 USC sec. 2241 and I am claiming biased judge (see Geyh/Portoues), illegal detention and ineffective assistance of counsel pursuant to Cronic, as my lawyer have openly admitted that they are conspiring with judges, as it relates to 19-cr-127

Judge Komitee/Judge Bloom has my injunction where I seek a remedy for a biased biased/biased tribunal, illegal detention, and ineffective assistance of counsel pursuant to Cronic

Part 4: The misconduct of the clerks of the 2d. Cir., EDNY, and SDNY

On or around June 14, 2022; I emailed Livingston with Amundson and others to inform the chief judge about the misconduct of Clerk Wolfe and Clerk Young with highlighting the answer of Young, which was "I do not have to docket your documents if I don't want too." I also informed of missing documents that occurred before Judge Swain and she has not addressed the issue

22-cv-06535(SDNY), 22-cv-6542(SDNY) and 22-cv-04646 were ALL filed on June 14, 2022---HOWEVER, they all have docket date in August! In fact, SDNY sent my parents a letter about the fact that the petition was ALREADY sent and docketed prior to July 15, 2022...BUT still has a docket date of August

I emailed all chief judges in the country because I have a problem within the 2d. Cir. with not getting mail to my house or here at FMC Lexington from the various courts of the 2d. Cir..

It is my understanding that it is the chief judge's duty to supervise the clerks within the circuit and the judicial council is also responsible too and this is why I have Justice Roberts, who is the head of the said council

Swain approved my IFP form and a clerk went in behind her and took it out and was suppose to mail me something here and I never received it here. I have a letter from SDNY saying that my motions/letters were not being taken because they were not part of a motion or letter.....but they appear before Judge Wier, Judge Engelmayer, Judge Komitee but not before Swain

I have asked, over a month now, for the clerk of EDNY to issue summons in 04646 and not received any information on it and the judge has time to decide whether he will grant the motion to have it served by the US Marshals. By the way, I have not had any problem, thus far, with EDNY sending mail here at FMC Lexington

In re Murnch provides me with the right to appear before an unbiased judge and tribunal

Part 4: Trowel, Perez and Clerk Fin need to inform the panel of judges

I respectfully move the courts to force Perez, Trowel, Fin to inform the panel of judges of

1) Engelmayer explained the special conditions on July 20, 2021 with Silverman not docketing my objections/safeguards to said conditions
2) Perez wrote a brief based on March 8, 2022, where Engelmayer did not explain the new special conditions with Silverman, Karamigios, Sasso, Randi, and Cogan conspired to create a false narrative for the appeal and deprive me of liberty without due process...as Silverman knowingly lied to probation and probation was told to review the transcript of July 20, 2021 because, without probation knowing, the same email was sent to Amundson and Kopplin.

Part 5: AUSAs know of my lawyers misconduct

By DOJ records, 2d Dept opinions (MacDade Act), and that of the court; the AUSAs have a duty to ask for the removal of a defendant's lawyer WHEN they OBTAIN knowledge that the defendant's lawyer IS NOT acting in the best interest of thier cleint.

AUSA Peace has known SINCE the end of April and Karamigous/Sasso since July 2021 ...IT CANNOT be that EVERY SINGLE DOJ personnel sees what I am talking about WITH them saying that the AUSAs in are INTENTIONALLY ignoring the conduct

But, I have the same about my lawyers

Conclusion
I need the above remedies or issues to be dealt with on 11-11-22 conference because I was denied liberty without due process and according to Kellman, the blame is with Engelmayer who is mad that I sent an audio of him to congress and the DOJ where he is lying about how he became a judge (via Schumer) and this is known to be misconduct, as I found 2 misconduct opinions

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A
--------------------------------------------------

even borderline IQ students knew that Cogan used his office ~~office~~ for the UFT, Cogan former clients

after Portoues pursuant to Judicial Misconduct and Disability Act of 1980

Most importantly

I am asking Ms. Kellman to upload this to pacer w/ sanction against her conspiring w/ ~~Engelmayer~~ Engelmayer or other ~~cgun~~

ADD

① Engelmayer approved my filings on Dec. 1, 2021, which is the foundation of

[bracket: Janelen 10/24/22]

the violation and Karamigious MB represented the facts by omission and said I had no ~~~~ reason to file my motion under rule 60 and for full & fair credit clause

Please look at the other filings b/c I might be missing a issue or two

② I as 12 ask again to issue summons in 04646 and for a status conference in 04646 prior to 11/11/22

③ I'm not ashamed to be rapped & have HIV like Rencli' the UFT wants me to be w/ Cogan Hiding A &

*EDNY*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

FROM: 91241053
TO: Celli, Gino
SUBJECT: Agenda
DATE: 10/20/2022 05:49:27 PM

*Celli v Engelmayer 22-cv-04646*

*USA v Celli 19-cv-127*

Dear Chief Justice Roberts, Chief Judge Livingston, Judge Engelmayer, Judge Komitee, Judge Bloom, Judge Wier, AG Garland, AUSA Ragdale, AUSA Peace, DAG, IG, AUSA Amundson, Ms. Kopplin, DOJ Exc Office, and Ms. Kellman

Re: Motion to have a set agenda for 11/11/22

I write the Courts to have a set agenda for issues that need to be dealt with because my constitutional rights have been violated by various judges.

Part 1: Agenda
1) False Report by Officer Lombardo with perjury and subornation perjury by AUSA Karamigious with knowledge of said facts by Silverman and Perez
2) The non docketing of my motions, especially "my safeguard motions" "rescinded my guilty plea" and "my structural errors motions" by Silverman with the knowledge by AUSA Karamigious and AUSA Sasso
Please Take Notice, these motions are in 22-cv-04646 with certified return receipts on 21-1760 from congress and DOJ offices/personnel
3) Engelmayer lied about his association with Sen. Schumer and without stating for the record reasons not to recuse himself. PLEASE see Mr. Geyh's testimony in Judge Porteous' impeachment trial because according to his testimony, a judge is deemed biased, needs to explain the lie, and needs to recusal himself/herself because the public does not trust the judge to remain on the case
Please Take Notice, the audio was sent to 200 plus judges and AUSAs and labeled Oct. 16
Please Take FURTHER Notice, Engelmayer kind of corrected his lie on April 6, 2021 by saying that his association with Sen. Schumer is public knowledge (which I told him on Oct. 16 with shame on him), but NEVER explained for the record as required by the statute and by what Mr. Geyh testified too.
4) Kellman, cc'ed Kopplin, was informed of Mr. Geyh and to place a recusal motion on the docket and she never did so and she NEVER did a mandamus, either--which Shaw said was a crime for Silverman
5) Kellman and Silverman have knowledge of no violation and it appears that it was planned in June or July of 2021 when Silverman did not file my motions
6) AUSA Peace is accountable as he was emailed on the days leading to May 4, 2022 because he has allowed the misconduct of Trowel, Karamigious, Sasso, Bensing and others, which was planned this way
Trowel allowed Perez to present a false narrative to the panel of judges because the audios and files that the AUSAs of EDNY has, they were also sent to congress and upper DOJ officials

Engelmayer explained the special conditions on July 20, 2021 and I gave Silverman, Sasso, and Karamigous my objections/safeguard motion with the fact that Trowel has access to my audios of Silverman and Perez

Engelmayer DID NOT explain the new special conditions on March 22, 2022 with Silverman getting up and saying: "Your Honor needs to explain the special conditions or the 2d. Cir. will remand it back for Your Honor to read them"

So, now even AUSA Ragdale with senators' aides know of the misconduct of Karamigious, Peace, Trowel and so on

Part 2: The Appearance of Impropriety

Engelmayer said: "there's no need for Ms. Kellman to review the record because I told her what she needed to do" (Labeled March 8)
Kellman said: "The judge told me that my only job was to make sure that you are placed in a mental institution" (Labeled Kellman)

The above statements were recorded and sent to 200 judges and AUSAs (Peace, Bloom, Engelmayer, and Amundson are listed above and I know that they, for sure, received my emails with the links) and they create the appearance of impropriety with the fact that this is a classic issue under Cronic because Kellman promoted the interested of Engelmayer over mine.

Part 3: Reasons to list ~~Committee~~ Komitee, Bloom, Weir on this motion

I do not care to write more than one motion when the issue can be presented to all three courts at once.

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

Judge Wier has my 28 USC sec. 2241 and I am claiming biased judge (see Geyh/Portoues), illegal detention and ineffective assistance of counsel pursuant to Cronic, as my lawyer have openly admitted that they are conspiring with judges, as it relates to 19-cr-127

Judge Komitee/Judge Bloom have my injunction where I seek a remedy for a biased biased/biased tribunal, illegal detention, and ineffective assistance of counsel pursuant to Cronic

Part 4: The misconduct of the clerks of the 2d. Cir., EDNY, and SDNY

On or around June 14, 2022; I emailed Livingston with Amundson and others to inform the chief judge about the misconduct of Clerk Wolfe and Clerk Young with highlighting the answer of Young, which was "I do not have to docket your documents if I don't want too." I also informed of missing documents that occurred before said Judge Swain and she has not addressed the issue

22-cv-06535(SDNY), 22-cv-6542(SDNY) and 22-cv-04646 were ALL filed on June 14, 2022---HOWEVER, they all have docket date in August! In fact, SDNY sent my parents a letter about the fact that the petition was ALREADY sent and docketed prior to July 15, 2022...BUT still has a docket date of August

I emailed all chief judges in the country because I have a problem within the 2d. Cir. with not getting mail to my house or here at FMC Lexington from the various courts of the 2d. Cir..

It is my understanding that it is the chief judge's duty to supervise the clerks within the circuit and the judicial council is also responsible too and this is why I have Justice Roberts, who is listed the head of the said conference

Swain approved my IFP form and a clerk went in behind her and took it out and was supposed to mail me something here and I never received it here. I have a letter from SDNY saying that my motions/letters were not being taken because they were not part of a motion or letter.....but they appear before Judge Wier, Judge Engelmayer, Judge Komitee but not before Swain & Judge VA also two Dwane

I have asked, over a month now, for the clerk of EDNY to issue summons in 04646 and not received any information on it and the judge has time to decide whether he will grant the motion to have it served by the US Marshals. By the way, I have not had any problem, thus far, with EDNY sending mail here at FMC Lexington

In re Murnch provides me with the right to appear before an unbiased judge and tribunal

Part 4: Trowel, Perez and Clerk Fin need to inform the panel of judges

I respectfully move the courts to force Perez, Trowel, Fin to inform the panel of judges of

1) Engelmayer explained the special conditions on July 20, 2021 with Silverman not docketing my objections/safeguards to said conditions in conference
2) Perez wrote a brief based on March 8, 2022, where Engelmayer did not explain the new special conditions with Silverman, Karamigios, Sasso, Randi, and Cogan conspired to create a false narrative for the appeal and deprive me of liberty without due process...as Silverman knowingly lied to probation and probation was told to review the transcript of July 20, 2021 because, without probation knowing, the same email was sent to Amundson and Kopplin.

Part 5: AUSAs know of my lawyers misconduct

By DOJ records, 2d Dept opinions (MacDade Act), and that of the court; the AUSAs have a duty to ask for the removal of a defendant's lawyer WHEN they OBTAIN knowledge that the defendant's lawyer IS NOT acting in the best interest of thier cleint.

AUSA Peace has known SINCE the end of April of 2022 and Karamigous/Sasso since July 2021 ...IT CANNOT be that EVERY SINGLE DOJ personnel sees what I am talking about WITH them saying that the AUSAs in are INTENTIONALLY ignoring the conduct

But, I have the same about my lawyers message above

Conclusion
I need the above remedies or issues to be dealt with on 11-11-22 conference because I was denied liberty without due process and according to Kellman, the blame is with Engelmayer who is mad that I sent an audio of him to congress and the DOJ where he is lying about how he became a judge (via Schumer) and this is known to be misconduct, as I found 2 misconduct opinions

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

after Portoues pursuant to Judicial Misconduct and Disability Act of 1980

Most importantly

I am asking Ms. Kellman to upload this to pacer

even border line IQ students knew that Cogan used his office for the UFT, Cogan former clients w/ sanction against her conspiring w/ Engelmayer & other attys

ADD

① Engelmayer approved my filings on Dec. 1, 2021, which is the foundation of the violation and Karamigious MB represented the facts by omission and said I had no ~~basis~~ reason to file my motion under rule 60 and for full & fair credit clause

Please look at the other filings b/c I might be missing a issue or two

[signature: Lucio Celli 10/9/22]

② I as 12 ask again to issue summons in 04646 and for a status conference in 04646 prior to 11/11/22

③ I'm not ashamed to be raped & have HIV like Randi' the UFT wants me to be w/ Cogan Hiding A &

*EDNY*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

*Celli v. Engelmeyer 22-cv-04646* | *Celli v. USA v. Engelmeyer 19-cr-727*

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Sanctions against Peace/Karamigous
DATE: 08/25/2022 02:18:14 PM

USA v. Celli, 19-cr-127
Dear Chief Judge Livignston, Judge Engelmayer, CJA Judge Judge Donnelly, AUSA Peace, AUSA Trowel, AUSA Amundson, Officer Lombardo, Ms. Kopplin, AG Garland, and my lawyer who addmitted conspiring with Engemayer, Cogan and Randi Weingarten
RE: Motion for Scanction against Peace/Karamigous for submitting false law enforcement reports, subornation of perjury, misleading the court about my filing, as Judge Cogan wrote brief for the UFT and Judge Engelmayer approved it with my lawyers conspiring with the AUSA to hide her GROSS misconduct, as I recieved letters from DOJ centeral about the AUSAs misconduct and I have verbal confirmation of their misconduct. In addition, I request sanctions against Silverman for helping the government to fabricate violation by lying to Officer Lombardo and Kellman who knew there was no violation by me and blamed Judge Engelmayer telling her not to do anything for me, but to have me placed in a mental institution...which the audio was sent to over 100 plus AUSAs and judges with 2 judges answering me.

I write to the Chief Judge Livingston and Judge Donnelly to conintue to apprise them of the misconduct. I know it is a waste of time to inform Judge Donnelly, as she allowed AUSA Bensing to get away with KNOWN misconduct. Yet, Judge Livingston has a plausble answer not doing anything when the subject line informed her of the misconduct of Karamigous and Peace, as the answer would be "I didn't click on the email," HOWEVER, I do have 2 judges who did answer.

I would tell Judge Engelmayer but he tells me that I am a liar even though I told him that I have audios to support or the letters from DOJ central that were in response to the documents that were NEVER docketed by Silverman. IN FACT, the transcript and my audio (for reflection and intonation of vioce) will prove that Engelmayer said that "you will not recieve justice here," which he kept to his word when he allowed Silverman to commit many crimes against and allowed Karamigous to lie about facts that HE had personal knowledge because he recieved my emails too, like false reports by the US Marshals

Please Take Notice, AUSA Peace has known about Karamigous' misconduct and the letters from DOJ central since May 1, 2022
Please Take FURTHER Notice, I cannot say that DOJ central or any AUSA that I ever spoke treated me unfairly, as they told me what they thought....some times, I loved the answer and there were times that I did not like the answer

I request sanctions against Karamigous, Peace, Bensing, Kellman, Silverman, and Officer Lombardo from Judge Engelmayer...I know the answer, I am defaming them, but I have AUSAs who cannot believe that he is knowingly allowing everyone to deprive me of every single right an American has as a citzen

I request Judge Donnelly hold a public hearing, streamed live, so that I can call witnesses to show the misconduct of the AUSAs, as my opionion is worthless and that of AUSAs is gold

I request, again, that Chief Judge Livingston remove Kellman, Silverman (also HIPPA violaton) and Perez from the panel of judges, as they took pride in what they did to me and Kellman laughed that Engelmayer will protect her.

EDNY

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053   USA v. Celli   Celli v. Engelmayer
TO: Celli, Gino   19-cr-127      22-cv-04646
SUBJECT: Motion for to play audio
DATE: 10/10/2022 06:57:53 PM

Dear Judge Komitee, Judge Weir, Judge Bloom, Judge Engelmayer, AG Garland, DAG Manaco, IG Office, Exc. Office of DOJ, AUSA Rasgdale, Officer Lombardo, Ms. Kellman, Ms. Kopplin and AUSA Amundsen:

Re: Motion to play audios of July 20, 2021, Dec. 1, 2021 and March 22, 2022 with it being streamed live; if the panel of judges (Walker, Lee, Newman) come back will a conclusion of "Engelmayer did not read and explain the special conditions at sentencing" with the remedy of sanctions against AUSAs (Peace, Karamigious, Trowel, Sasso & Bensing) and my lawyers (Kellman, Silverman, & Perez) (also a criminal complaint to the IG and AUSA Amundson & misconduct complaint to Exc Office and AUSA Rasgdale)

I write the Courts to request the above-referenced motion because it appears (based on Perez's letter, see doc. no. 253 in 19-cr-127, audio of March 22, 2022 (see AUSAs' and judges' emails) & July 20, 2021) that transcripts will be switched, as Engelamyer "DID", in fact, read & explain the special conditions on July 20, 2021 and "DID NOT" read the new special conditions on March 22, 2022—as there is evidence to support my claims.

Facts:
1) Engelmayer read & explained the special conditions on July 20, 2021--recorded
2) Engelmayer approved my filings on Dec. 1, 2021--recorded
3) Engelmayer DID NOT read or explain the NEW special conditions on March 22, 2022 with Silverman getting up and saying: "Your Honor needs to make sure that you read special conditions or the 2d. Cir. will remand it."--recorded

Please Take Notice, Silverman did not make such a statement on July 20, 2021 or tell Engelmayer anything about the 2d Cir. will remand, if the special conditions were not read to me

4) Perez and I had a conversation about Engelmayer and reading (to me) & not reading them (to Perez) prior to March 8, 2022--recorded
5) Perez and I had a conversation about my safeguard/objections motions that were never docketed by Silverman--recorded and I believe Lombardo has it
6) For sure no. 3 was sent to federal judges and AUSAs and maybe no. 4
7) Kellman told me of one new special condition after the conference on March 22, 2022--recorded

Please Take Notice, If the panel of judges come out with the conclusion that Engelmayer read the special conditions; then the transcripts were switched

PLEASE TAKE FURTHER NOTICE, Engelmayer knows of Perez's misconduct because he reread (if it was not preplanned: "it was planned that way) the transcript and knows that I am being held illegally--nope, as I am still in FMC Lexington because he said: " there's no need for Ms. Kellman to review the record because I told her what she needed to do," which Kellman said was "the judge told me that my only job was to make sure that you are placed in a mental institution."

Part 1: Trowel is responsible for what AUSA Peace and AUSA Karamigous knows July 20, 2021

According to Perez's letter, Trowel did not inform the panel of judges that Engelmayer did read the special conditions with the fact that Engelmayer explained them to me. Trowel, in fact, allowed Perez to misrepresent the facts & did not object to Perez's misrepresentation of fact.

Part 2: Trowel is responsible for what AUSA Karamigous and AUSA Sasso knows about the safeguards/objections sent to them prior to July 20, 2021 and never docketed by Silverman (with rescinding my guilty because of intimidation by Silverman & Engelmayer, and structural errors & with other motions, like prosecutorial misconduct)

I sent to congress, DOJ and the top AUSA of EDNY audio recordings, and all motions (which they should be in 22-cv-04646). The ones that Trowel was responsible to tell the panel of judges were the three safeguards/objection motions towards the purposed (at the time) special conditions.

Please Take Notice, Perez informed Engelmayer that Trowel did not object to having the special conditions to me with an opportunity for me to object

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------------

Facts about the motions never docketed
1) After April 6, 2021 conference; there were few motions filed, like the practice of law and my intent with others
2) On April 29, 2021; there were two motions docketed with one of them making reference to 18 USC sec. 241
3) After June 24, 2021; there were about 40 motions that needed to be docketed---structural errors (choice of lawyer, biased judge, judge who interferes with defense and one more claim) & other claims
4) If anyone looks at 22-cv-04646; Silverman combined April 29, 2021 and June 24, 2021 motions together because I did not raise the structural error of choice of lawyer or a judge who interfered my defense until after June 24, 2021
5) Silverman told me that no one sees my motions because they were placed on the "private court docket" & the public is not allowed to know about them, like doc. no. 128 about Betsy Combier (it was taken down without a reason)

This is a crime (my opinion is worthless about what I have read) and I have AUSA Shaw and others telling it is a crime-- Supreme Court says their opinions matter to the public and DOJ's policy to for them to WATCH their mouth in & out of court

Please Take Notice, it appears, strongly too, that my current illegal detention was planned last July of 2021 by Silverman, AUSA Sasso, AUSA Karamigious, & Engelmayer because they all knew about what was on the USB sent to everyone, as Karamigous provided the judge with the USB sent to congress and the DOJ

Part 3: Emailed 90 plus AUSAs to move the needle from "the appearance" of impropriety between AUSA Peace/Sen. Schumer/Randi Weingarten to culpability based on "respondeat superior"

AUSA Peace was not the head AUSA of EDNY when this started, which I informed & I asked him to recusal his office and it was based on Sen. Schumer. I provided Silverman with a document where it describes the collusion between senators & AUSAs that they recommended to the Pres. and not recommended.

1) The Supreme Court stated that prosecutors/judges, if they have immunity--which is 99.9% of the time, are to be held accountable for willful deprivation of constitutional rights pursuant to Imber v. Patwman
2) The Supreme Court stated that "repandant superior" is available pursuant to 18 USC sec. 241 (I have the case law at home), but not 42 USC sec. 1983--as both were born during the reconstruction era or also known as KKK laws

AUSA Peace was sent emails that were placed under seal by AUSA Karamigious and provided to Judge Engelmayer that outlines all allegations against his servants and his servants have knowledge of Silverman's criminal conduct, which they have ignored, like not docketed my motion to affect the record in 19-cr-127 & to affect the appeal because choice of lawyer (structural error) is an automatic reversal, as one example

Please Take Notice, Sasso and Karamigous raised the issues of the documents on July 20, 2021 during sentencing
Please Take Notice, Engelmayer told informed Karamigious that he would review my motions & inform her if there were documents that she needed to know about on June 24, 2021--like choice of lawyer or

Part 4: Emailed 100 plus federal judges to move the needle from "the appearance" of impropriety between Chief Judge Livingston/Sen. Schumer/Randi Weingarten to culpability based on "respondeat superior"
Conclusion
It is obvious, even without Engelmayer's statement--not recorded--of "it was planned that way"--that everyone took steps to deprive me of a fair trial and appeal based on facts because Engelmayer said "I called Ms. Kellman especially for you, "you will not receive justice here," and "there's no need for Ms. Kellman to review the record because I told her what she needed to do" with Kellman telling me: "the judge told me that my only job was to make sure that you are placed in a mental institution." The previously mentioned statements were sent to everyone and then---there are the statements not sent yet, like Kellman saying, "the judge needs to discredit you" or "there's no violation" or "I did what the judge told" etc.

In fact, the during deprivation of liberty was planned back in June of 2021 by the mere fact that Silverman did not docket any of my motions (like safeguards or structural errors and etc) because the plan was to deprive me of liberty without due process, as the gang (Engelmayer et al) planned to fabricate the violation and not allow me to present evidence that Engelmayer explained the special conditions on July 20, 2021 and approve the filings on Dec. 1, 2021 with apparent switching of transcript of July 20th for March 22, 2022. PLEASE REMEMBER, Engelmayer DID explain the special conditions on July 20th and DID NOT the new special conditions on March 22th with Perez presenting a false narrative to the panel of judges and AUSA Trowel with AUSA Peace's approval did not object to the false narrative & misrepresentation of facts by Perez on Sept. 6, 2022.

Facts:
1) Chief judges of the circuit are the supervisors for clerks

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------------

2) 22-cv-06542, 22-cv-6535, and 22-cv-04646 were only docketed after it was brought to AUSA Amundson's attention
3) 22-cv-63535 was granted IFP by Judge Swain & the clerk for SDNY went in and took it away by saying that I was missing a signature page and IFP form--but it was uploaded in an email, which Judge Bloom received & the other judges
4) 22-cv-06542 was missing a signature, but the same facts as no. 3 above
4) SDNY sent a letter to my house saying that--with a date of 7/15/22--I already filed the petition, but the filing date is only AFTER my brother informed AUSA Amundson on or around 7/24/22 with a date of 8/2/22
5) I sent Clerk Wolfe the missing documents sent to congress & she still has not answered me with the fact that it has been 3yrs with missing judicial misconduct complaints with all documents still be missing & no answers with AUSA Gold telling me its a crime--told to Judge Livingston and AUSA Amundson on 7/16/22 with AUSA Karamigious placing it under seal
6) Clerk Young told me that "the court told me that I did not have to docket your papers if I did'fell like it" --same as 5
7) I told Livingston and Karamigous the fact that no one believed Judge Newman would write it was ok for Judge Cogan to practice law for his former clients (see the appeal for Celli v. Cole) when Cogan wrote to me (which Bloom knows) "if you continue to plead the UFT, I'll dismiss it." because Newman was one of the authors of a misconduct opinion for judges see 28 USC sec 454--please see the rest of my argument and case laws (like Justice Roberts' explanation of why it is wrong) in 22-cv-04646
Please Take Notice, Karamigious and Silverman conspired to exclude Newman from testifying and I told Silverman what the other DOJ personnel told me that it did not matter what Newman wrote previously, as no judge would write it was ok for Judge Cogan to practice law for his former clients, as it is a crime & then for the appeals panel of judges to write that Cogan was merely giving me legal advice was not possible

8) AUSAs (Karamigious & Bensing) both worked at 2d Cir. and signed the Exc. Order (I don't know the no., but Bloom/Engelmayer signed it too when they worked for the DOJ) which prohibits them from working on a case without getting a waiver--see 22-cv-04646 for the rest--told Livingston and Amundson and maybe Rasgdale

I am entitled to the 5th and 14th Amendments rights of being in an unbiased tribunal & unbiased judge, according to In re Munrich
Remedies
1) I asked to play my audios to prove the fact that Engelmayer read the special conditions, approved my filings, and the misconduct of everyone w/ new trial
2) I request sanctions against my lawyers and AUSAs listed above with Lombardo & his supervisors
3) I request the hearing be streamed live based on events described above led to this illegal detention

For 22-cv-04646 and 19-cr-127, I would like to add the above remedies to all others (which for sure Engelmayer will ignore and I believe, only time will tell me, that Bloom/Komitee that either I will be in default because the clerks will cause me to default by not issuing summons or figure out another way to dismiss it AND Bloom, for sure, has the audios that I keep on saying that were sent to everyone

For 22-cv-220, I do not have belief on the outcome but sec. 2241 petitioner needs to show why a sec. 2255 would not be a good remedy and I believe, especially if Your Honor could obtain the recordings--even the ones that were not sent, that I have shown the court that I was not and will not be treated fairly by Engelmayer because, according to Kellman, "he needs to discredit me for sending audios of him lying to congress," but the truth be told--it is pure and basic retaliation for informing law enforcing of a crime as described in case laws for obstruction of justice and 18 USC sec 241..but my opinion is worthless

What Kellman said to me, if true, is misconduct under Jud Act of 1980

*Luci cei*   10/24/24

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A   *EDNY*

---

FROM: 91241053   *Celli v. ~~Ct~~ Engelmayer*   |   *USA v. Celli*
TO: Celli, Gino                                                                      22-cv-04646   |   19-cr-127
SUBJECT: Motion for doc. no 128
DATE: 10/13/2022 06:48:17 PM

Dear Judge Engelmayer, Judge Weir, Judge Komitee, Judge Bloom, AUSA Amundson, and Ms. Kellman

Re: Motion to have Doc. no. 128 placed back on the docket in case no. 19-cr-127, as a clerk illegally took it down because there is no reason placed on the docket for its disappearance, expect for Silverman misrepresentation of that it was placed on a "private docket" that the public has no knowledge about what happened to it.

I write the Courts to inform that Doc. no. 128 is missing from case no. 19-cr-127 and without any explanation of why it disappeared from the docket. According to Silverman, doc. no. 128 was placed on a private docket that the public has no knowledge of it existent. Please know, in fact, that Kellman, Perez, and Clerk Fin informed me that there is no such thing as a "private docket."

Please Take Notice, the court or the clerk always provides a reason for taking down a document from the record, like placed on the wrong docket or stricken from the record by the court--as some examples

Please Take Further Notice, the missing document is about Betsy Combier and her illegal use of her nonprofit foundation to harass me and the misconduct of the AUSAs, in my case, for covering up Combier criminal activity and nonpayment of taxes, as she is using her nonprofit foundation (to expose education corruption) for a paralegal service because she she has her clients pay her via her nonprofit account.

Remedies:
1) to have the clerk place the missing document back on the docket in 19-cr-127
2) to have the AUSA collect taxes from Combier, as she did not file a 990t form with IRS--please see Combier v. Portelos
3) Sanctions against Betsy Combier for harassing me and the AUSA covering up the harassment
4) Sanctions against Silverman for lying about the private docket and not doing anything to inform the court of the clerk's misconduct
5) To have Betsy take down all articles about me on her websites and on websites that she is associated with

*Lucio*  10/24/22

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A   EDNY

FROM: 91241053
TO: Celli, Gino
SUBJECT: Motion to unseal
DATE: 10/13/2022 06:48:36 PM

USA v. Celli
19-cr-127

Celli v Engelmayer
22-cv-04646

Dear Judge Engelmayer, Judge Komitee, Judge Bloom, Judge Weir, AG Garland, AUSA Ragsdale, AUSA Amundson, IG, Exc. Office, Ms. Kopplin, Officer Lombardo and Ms. Kellman

Re: Motion to unseal doc nos. 237, 240, 248, & 249 with an answer from Silverman and have him explain why did not docket the motions in 22-cv-04646 that would have maintained my rights before Engelmayer and on appeal because Silverman is recorded telling me that he did not do his job because of Randi Weingarten and Judge Cogan on June 24, 2021, inside the courthouse at 40 Foley Square because the dumb ass thought it was safe to speak freely inside the court...wrong with sanctions against Silverman and a request of either a new trial or a remedy that even what Silverman did

I write the Courts to motion them, which should really come from Engelmayer but it won't be, to unseal doc. nos. 240, 248, & 249 with a motion for Silverman to explain why did he not docket the motions in 22-cv-04646, as he told me that that he placed them under seal on a private court docket that the public has no knowledge of their existent.

Facts:
1) Silverman did not place any of the motions that are on docket no. 22-cv-04646 and that would have made them part of the record
2) Silverman is recorded telling me that he placed my motions on a private docket for "ex parte motions only"
3) Perez, and Clerk Fin are recorded telling me that there is no such thing as a private docket and the motions that I speak about are not part of the record with Kellman telling my brother in an email with I have already provided the court, previously
4) Silverman placed doc. nos. 248 & 249 under seal with them saying "ex parte," according to my friend--Ida Lucas and the court can access my phone conversation with her for proof

Part 1: The public has a first Amendment right to access the court docket

It is a known fact that the public has a 1st Amend. right to access the court dockets, In fact, the Supreme Court has ruled that the public needs access to a defendant's docket because it is the public's right to help the defendant if they notice abuse by the judge, prosecutor, or Ineffective assistant of counsel-- I have the case law at home. Therefore, doc. nos. 240, 248, & 249, in 19cr127, which are under seal, deprives the public of their 1st Amend right to help me.

Please Take Notice, "Public's guanteed right to access criminal proceeding" see US v. Cojab 996 F 2d 1404, 21 Media L Rep (BNA) 1596 (2d. Cir. 1993)--as a place holder, as I have the exact Supreme Court case on my iphone, in iBooks because the case law that I want to cite speaks to the 1st Amend. and the public's right to access documents to help defendants from the Supreme Court

In addition, I have the case laws for to unseal in Combier v. Portelos

Facts:
1) Doc. no. 240 mentions that I do not trust Silverman, and Kellman with the fact that 200 AUSAs and federal judges have, for sure, the audio of Kellman admitting that she is conspiring with Engelmayer w/ the unlabeled audio of Kellman telling me that she was unprepared for my violation hearing/did not do anything to prepare & possibly the unlabeled audio of Silverman of him telling me that he did not do his job because of Randi Weingarten and Judge Cogan--sure for it is an audio of Silverman & and I inside the courthouse

Please Take Notice, Engelmayer, in a different case, replaced a lawyer w/ Kellman because of the allegation of conspiracy between defendant's lawyer and prosecutor and wrote that the public needed to know & could not allow the former lawyer continue to be the defendant's lawyer--yet, Kellman is still mine

2) Doc. no. 248 is the allegation that Silverman intimidated my mother by telling her that if I wanted to be free that I needed to stop writing judges, government agents, and prosecutors directly, which AUSA Shaw and others said is a crime and I can point to SO MANY case laws under obstruction of justice and 18 USC sec. 241...PLEASE ALWAYS REMEMBER, my opinion of fats are worthless, but those of the AUSAs are GOLD--per the Supreme Court and the DOJ's policies, which Bloom, Engelmayer, Brodie, Livingston, Cooper, and the AUSAs above know this to be a fact

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------------

3) Doc. No. 249 was sent to Dr. Wentowski, which I told her that I sent it to the court and it SHOULD be on the docket. I told Silverman that I was sending it to the court, as I do not have anything to hide & and Dr. W did not have a problem w/ the document itself, as she had a problem w/ a statement that I made of her...which was that she said that is was misconduct to not correlate statements to conclusion and she said that it best practice

4) Engelmayer has ignored the fact that he (with other judges like Bloom & maybe Komittee) has the audio of Kellman's admission that she is conspiring w/ him, as he is also recorded saying, "...I told her what she needed to you" and it is labeled "March 8" and "I'll decide how long you are there [mental institution]" which is labeled "March 22"

5) Doc. no. 237 is where Karamigous placed the following emails from June of 2022 under seal with Amundson/Livingston cc'ed and others
a- lack of waiver from Karamigious and Bensing
b-Lombardo misconduct of telling Engelmayer that I wanted him to investigate Engelmayer v. forward my emails to Livingston
c-Clerk Young's & Clerk Wolfe's criminal conduct, per Gold
d-Engelmayer's misconduct in allowing Karamigious to violate Exc. Order and DOJ policies and the lack of recusal based on it
e-What DOJ personnel said about Newman not writing that it was the practice of law when Cogan told me if I pleaded the UFT that he would dismiss it because it is a crime, please see the rest of my argument in 22-cv-04646
f-the conspiracy between Silverman & the AUSAs in the case
g- AUSAs are subjected to McDade Act (28 USC sec 530)
h-I have confirmation, verbally and in written format, that there is misconduct of the AUSAs in my case from the DOJ
i-there are other issues

CONCLUSION: The public has the right to know about the admission of collusion between my lawyers and the judges with Randi Weingarten and the public has the right to know that the AUSAs in my case are getting away with KNOWN misconduct. I believe the public has the right to know that the audios were emailed to 200 plus AUSAs and judges because Engelmayer order does not state that audios links were included to him and 128 judges (I did not count and when I say 128 or 100 plus judges, I am going by what Engelmayer wrote) because I have backed my allegations with exact quotes from my lawyers or from people that I spoke too, as they are coming from audios.

Please Take Notice, Exc. Order was born out of Government Ethics Act of 1978
Please Take FURTHER Notice, Government Ethics Act of 1978 was congress' answer to Watergate to protect the integrity of the government with the revision of 28 USC sec. 1974, and Jud. Misconduct & Dis Act of 1980 also being enacted in the aftermath of Watergate... as I have read the legislative history for each one.

Part 2: Silverman's criminal conduct of obstruction justice with the help from Kellman, Perez, Karamigous, Peace, Sasso, & Trowel
Again, Silverman being a total moron thought it was safe to speak freely to me inside the courthouse because he THOUGHT that I could not get an audio recording device
Part 3: Kellman's criminal conduct of obstruction of justice with the help from Silverman, Karamigous, Lombardo, Peace, & Trowel
Conclusion:
The items

*Lucio Celli*    10/24/22

*EDNY*

**TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A**

---

FROM: 91241053
TO: Celli, Gino
SUBJECT: 3020a
DATE: 10/19/2022 02:43:40 PM

*Celli v Engelmayer / & USA v Celli*
*22-cv-04646 / 19-cr-127*

*I bet, I'll be at FMC Lexington on 11/10/22 and be deprived to be at the violation in person*

Dear Judge Engelmayer, Judge Komitee, Judge Bloom, Judge Wier and Ms. Kellman:

Re: Letter--it is my understanding that there might be a bail hearing on Nov. 11, 2022. If this is case and if I am granted bail on said date, I need the courts to address the misconduct of Mr. Silverman, esq. (with possible motions stated within), as it is related to all three courts and a pending termination arbitration hearing by NYC DOE, which would starts on 1/5/23 and it also deals with Full and Fair Credit Clause with sanctions against Silverman, Sasso, and Karamiglous.

I write the Courts to inform them of various issues and updates. I was informed by Ms. Kellman, via my brother, that Judge Engelmayer has ordered my return from FMC Lexington to MDC Brooklyn. I believe the US Marshals must have me back in NYC by 11/10, as there is a conference set for 11/11. Based on the letter Ms. Kellman sent to Judge Engelmayer, I believe, but I could be wrong, 11/11 is a bail hearing. I will only know once I am in the courtroom. This letter is to address my whereabouts for the various courts and possible motions if I gain bail.

Issues:
1) I do not know when I'm leaving FMC Lexington, but I request that any correspondence between the court and I go to my parents' house at 89 Widmer Road, Wappingers Falls, NY 12590 from the date the court receives this letter until 11/11 and thereafter TBA, so that my brother could tell me what is written and how I need to answer
2) Motion for a remedy for the pending 3020-a with the City of New York, as Silverman's misconduct/criminal conduct by AUSA Shaw and others affected the court record in 19-cr-127 and NYS' court (I do not remember if it is the highest court or the court below) ruled that 3020-a that is related to criminal conviction must be held as if it were a criminal trial but evidence would be reviewed by the standard of ponderence of the evidence

Let's remember Silverman did the following:
1) Told me that he did not do his job because of Randi Weingarten and Judge Cogan or Judge Engelmayer told him that the judge would have him disbarred if he (Silverman) presented my intent
2) Intentionally did not docket the motions in 22-cv-04646 to affect the record that the City of New York is relying its position on
3) I still have these statements from AUSAs that I want to use and have them as witnesses at my 3020-a
4) I still want the 3020-a to be streamed live
5) I still want my lawyers to appear as witnesses and the AUSAs in the case to appear
6) Silverman undermined my defense and did not a single for me
7) Silverman did not docket my motions to affect the appeal and to help Randi fire me at the 3020-a, like rescinded my guilty, structural errors, safeguards/objections to the special conditions and the other motions contained within 22-cv-04646
8) Silverman lied to probation with Kellman helping him by not calling him, according to her, it was Engelmayer's call
9) All the other issues related to Silverman, Betsy, Randi, UFT, DOE, and Cogan,
10) The DOE knew of my arrest on 11/9/18 via a letter sent to me and Judge Cogan asked for my arrest on 11/12/18 with my arrest and fingerprinting occurring on 11/14/18
11) I was NOT allow to litigate the fact that I rescinded my guilty plea because I was intimidated on 7/20/21 because Silverman did not place my motion on the record with AUSA Karamiglous and AUSA Sasso knowing this too.
12) I cited my intent, because I knew how the DOE would use the record, which AUSAs mentioned above had issue with and Silverman asked the court for a correction and I told Silverman to correct this misconduct as well and he never did BECAUSE I wrote a motion rescinding my guilty plea and it was the SAME DAY of the reading of the special conditions

Therefore, I need a temporary remedy of being placed back on payroll in the same position and location that I was in last school year of 2021-2022 and that is--if I gain bail on or around 11/11/22, as I know courts do not like to upset judgements but I am entitled to a remedy for what Silverman has done towards me and for Randi Weignarten. I realize that the courts need time to review the record, maybe my audios of Silverman too, to fashion a remedy for this situation

Other remedies: Sanctions against Silverman, Sasso, and Karamigous because they all knew that motions were missing from the docket

A new trial is the only remedy that I have read about for Silverman's misconduct, which would place me back on payroll anyway and in the same positon and location--but each court could come up with a different solution too.

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

I have included Judge Wier in this letter/motion because the nexus to everything is Silverman because I am being illegal detained due to his criminal conduct of helping Randi Weingarten and Judge Cogan (his words) that has affected the trial record for the court of appeals and it will be used against me at my 3020-a hearing. Judge Komitee/Judge Bloom are included behind the current injunction is the original injunction that mentions the 3020-a. Obviously, Judge Engelmayer has the motion that is part of the orginal injunction sitting on the docket and have ignored since it was docketed, which was NEVER docketed prior to July 20, 2021 by Silverman

Please Take Notice, Judge Donnelly (Schumer judge and in response to the first illegal detention with non payment of retro money) said: "be happy that you are employed now and getting paid now" with Betsy Combier telling me that "Randi has ways of being vindictive, like depriving memebers of money" in July of 2015

Let's place symbolic bets

Engelmayer will either ignore this letter/motion or write/say: "I already told you that you lied about Judge Cogan"
Bloom will say: "that's your problem" like she told me for Tand, who didn't want to plead arbitration decisions and worked with Betsy Combdier
Komitee I don't know
Wier I dont know

I bet it will benefit Randi Weingarten

*[signature]*
10/24/22

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A          EDNY

---

FROM: 91241053        Celli v Engelmayer        ~~EAH~~ USAu Celli
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem                    19-cr-127
SUBJECT: Letter to Congress about Silverman/Cogan/Randi
DATE: 08/26/2022 12:27:25 PM         22-cv-04646

USA v. Celli, 19-cry-127
Dear Congress, Ms. Kopplin, Chief Justice Roberts, Chief Judge Livingston, Judge Chief, AG Garland, AUSA Amundsen, AUSA Trowel, AUSA Peace, Officer Lombardo and my lawyers who are criminals who admitting that they conspired with AUSA, Judge Cogan, and Randi Weingarten
Re: Silverman admitted to conspiring with Randi Weingarten and Judge Cogan because he THOUGHT I was not able to record within the courthouse and Judge Engelmayer is protecting him by not allowing me to play my audios of Silverman and there is a VERY strong appearance that Engelmayer is using his office to help Randi and Cogan get away with crimes that they did to me.

I am writing Congress, Justice Roberts and Judge Livingston because I was denied a fair trial due to the inference by Randi Weingarten and Judge Cogan.

Please Take Notice, I have letters and verbal confirmation from DOJ central, with other DOJ personnel not at central, that confirmed that Judge Cogan used his office for his former clients the UFT BECAUSE they threatened to expose my rape if I continued with my lawsuit WITH THE FACT that, verbally, I received the statement that AUSA Bensing needed to be terminated for normalizing the crime of Judge Cogan, as the facts DID NOT support her statements

Please Take FURTHER Notice, I have borderline IQ students who understood that Judge Cogan used his office for his former clients the UFT

Please Take EVEN Further Notice, I went around telling average people what I have the DOJ saying (or in writing) and what the borderline IQ said WITH Justices Roberts' opinion, impeachment trial of Judge Ritter, the practice of law statement by the panel of judge with 28 USC sec. 454 and the various misconduct opinions/criminal convictions in this area of Judge Cogan's conduct...people said that "if borderline IQ students understood this with the facts, then why don't Judge Engelmayer, Judge Donnelly, the AUSAs of EDNY and my lawyers do not understand"...my answer is, "the AUSAs said that they are covering up Judge Cogan's crime and their has to be SOMEONE that connects Judge Cogan with the UFT/Randi Weingarten," which I only see the appearance of Sen. Schumer, but this is not a fact

I believe the public should hear everyone, the facts of how Judge Cogan helped the UFT, and the fact that he knew and understood what he did for the UFT because people thought this is DISGUSTING for these people to knowingly help cover up Judge Cogan's crime for Randi Weingarten/UFT and Betsy Combier

PLEASE TAKE CLOSE NOTICE, Judge Engelmayer will not allow me to have a public hearing, streamed live, and call witnesses to show that Randi Wiengarten and Judge Cogan interferred with my trial and had Silverman impede me from present my intent

It is true that Judge Engelmayer attempted to deprive me of my intent on April 6, 2021, as it was the practice of law and I told him, so him stopped on April 16, 2021
Please Take Notice, Judge Engelmayer LOST his role as judge on April 6, 2021 in my case because he practiced law, which means the judgment is void

*Luci cli* 10/24/22

These go in both

19-cr-127

22-cv-04646

and

one goes in

15-cv-6367y

Luo in Colli
FM
91241-053
P.O. Box 14500
Lexington, KY 40512



**CERTIFIED MAIL**

7022 0410 0002 3373 3441

Clerk's office/Pro Se

⇒91241-053⇐
Edny Edny
225 Cadman PLZ E
Brooklyn Heights NY 11201
United States



LEXINGTON P&DC 405
TUE 25 OCT 2022 PM



