```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  LUCIO CELLI,

                        Plaintiff,              ORDER
                                                22-CV-4646(EK)(LB)
              -against-

  JUDGE ENGLEMAYER, JUDGE LIVINGSTON,
  JUDGE DONNELLY, AG GARLAND, AUSA
  PEACE, AUSA KARAMIGIOUS et al.,

                        Defendants.

-------------------------------------x
```
ERIC KOMITEE, United States District Judge:

      On October 5, 2020, then-Chief Judge Roslynn R. Mauskopf disqualified all United States District Judges sitting in this district from presiding in *United States v. Celli*, No. 19-CR-127 (E.D.N.Y.). *See* Order, ECF No. 79. Chief Judge Mauskopf further requested that the Chief Judge of the United States Court of Appeals for the Second Circuit designate a judge from outside this district to preside over Celli's criminal case "and all related matters." *Id.* In response, then-Acting Chief Judge Rosemary S. Pooler designated the Honorable Paul A. Engelmayer to preside over the criminal case. Order, ECF No. 80.

      I hereby recuse myself on the basis that this matter is "related" to the plaintiff's criminal case. Given Judge Mauskopf's order, and given that Judge Engelmayer is named as a

defendant in this action, it will be requested that the United States Court of Appeals for the Second Circuit designate another judge to preside.

    SO ORDERED.

                                              /s/ Eric Komitee
                                          ERIC KOMITEE
                                          United States District Judge

Dated:    December 5, 2022
            Brooklyn, New York