Case 1:22-cv-04646-TJM-LB   Document 15   Filed 01/25/23   Page 1 of 3 PageID #: 360

**CLERK OF U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 25 2023 ★
BROOKLYN OFFICE

22-cv-4646 (TJM)(LB)

NEW YORK NY 100
5 DEC 2022 PM 7 L

quadient
08/25/2022
US POSTAGE $001.00⁰

ZIP 11201
041M11470324

Lucio Celli
91241-053
FMC Lexington
P.O. Box 1
Lexington,

NIXIE    402    FE 1    0001/13/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK    BC: 11201183299    *1745-02484-06-02
11201>1832
40512-450000

**LEGAL MAIL - OPEN ONLY IN PRESENCE OF INMATE**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

LUCIO CELLI,

                    Plaintiff,

          -against-

JUDGE ENGLEMAYER, JUDGE LIVINGSTON,
JUDGE DONNELLY, AG GARLAND, AUSA
PEACE, AUSA KARAMIGIOUS et al.,

                    Defendants.

------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 20 2023 ★

BROOKLYN OFFICE

**ORDER**
22-CV-4646(EK)(LB)

ERIC KOMITEE, United States District Judge:

        On October 5, 2020, then-Chief Judge Roslynn R. Mauskopf disqualified all United States District Judges sitting in this district from presiding in *United States v. Celli*, No. 19-CR-127 (E.D.N.Y.). *See* Order, ECF No. 79. Chief Judge Mauskopf further requested that the Chief Judge of the United States Court of Appeals for the Second Circuit designate a judge from outside this district to preside over Celli's criminal case "and all related matters." *Id.* In response, then-Acting Chief Judge Rosemary S. Pooler designated the Honorable Paul A. Engelmayer to preside over the criminal case. Order, ECF No. 80.

        I hereby recuse myself on the basis that this matter is "related" to the plaintiff's criminal case. Given Judge Mauskopf's order, and given that Judge Engelmayer is named as a

defendant in this action, it will be requested that the United States Court of Appeals for the Second Circuit designate another judge to preside.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    December 5, 2022
          Brooklyn, New York